SV\1684597.1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SLOAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RENTECH NITROGEN PARTNERS, LP; MICHAEL S. BURKE; JOHN H. DIESCH; JAMES F. DIETZ; KEITH B. FORMAN; MICHAEL F. RAY; RENTECH NITROGEN GP, LLC; CVR PARTNERS, LP; LUX MERGER SUB 1, LLC; AND LUX MERGER SUB 2, LLC,<br><br>Defendants. | CASE NO.  CV 15-7818-GW(MRWx)<br><br>Assigned To The Honorable George H. Wu<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PRELIMINARY SETTLEMENT APPROVAL OR STATUS CONFERENCE REGARDING SETTLEMENT** |

The Court, having reviewed the Stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT**:

1. The Stipulation is granted in full;
2. The Court hereby continues the April 28, 2016 hearing for preliminary settlement approval, or alternatively, a status conference, to May 23, 2016 at 8:30 a.m.

IT IS SO ORDERED.

DATED: April 26, 2016

_____
HON. GEORGE H. WU
United States District Judge

# CERTIFICATE OF SERVICE

On April 22, 2016, the attached **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PRELIMINARY SETTLEMENT APPROVAL OR STATUS CONFERENCE REGARDING SETTLEMENT** was served via the Court's CM/ECF system which generates a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF constitutes service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF user was served:

Evan J. Smith, Esq.
Brodsky & Smith, LLC
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Email: esmith@brodsky-smith.com

Lary A. Rappaport, Esq.
Michael A. Firestein, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206
Email: lrappaport@proskauer.com;
mfirestein@proskauer.com

Dated: April 22, 2016          /s/ Kristin N. Murphy
                               Kristin N. Murphy