Evan J. Smith
BRODSKY & SMITH, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SLOAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENTECH NITROGEN PARTNERS, LP; MICHAEL S. BURKE; JOHN H. DIESCH; JAMES F. DIETZ; KEITH B. FORMAN; MICHAEL F. RAY; RENTECH NITROGEN GP, LLC; CVR PARTNERS, LP; LUX MERGER SUB 1, LLC; AND LUX MERGER SUB 2, LLC,<br><br>Defendants. | Case No. 2:15-cv-07818-GW-MRW<br><br>Assigned To The Honorable George H. Wu<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date: June 16, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 10 |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on June 16, 2016 or as soon as possible beforehand as counsel may be heard, at the United States District Court for the Central District of California, Courtroom 10, 312 N. Spring Street, Los Angeles, CA 90012, before the Honorable George H. Wu, United States District Judge, Plaintiff Jesse Sloan ("Plaintiff") will and hereby does make a motion for preliminary approval of the settlement set forth in the Stipulation of Settlement ("Stipulation") dated as of May 16, 2016. Plaintiff's motion is based on the Memorandum in Support of Motion for Preliminary Approval of Settlement, the Stipulation, the Declaration of Evan J. Smith, the Court's file in this action, and such additional evidence or argument as may be required by the Court.

DATED: May 17, 2016          Respectfully submitted,

                             BRODSKY & SMITH, LLC

                             *s/ Evan J. Smith*
                             By: Evan J. Smith
                             9595 Wilshire Boulevard, Suite 900
                             Beverly Hills, CA 90212
                             Tel: (877) 534-2590
                             Fax: (310) 247-0160

                             *Counsel for Plaintiff Jesse Sloan*