| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|  |    Brian T. Glennon (Bar No. 211012) |
| 2 |    *brian.glennon@lw.com* |
|  | 355 South Grand Avenue |
| 3 | Los Angeles, California 90071 |
|  | Telephone: (213) 485-1234 |
| 4 | Facsimile: (213) 891-8763 |

LATHAM & WATKINS LLP
   Kristin N. Murphy (Bar No. 268285)
   *kristin.murphy@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Counsel for Defendants Rentech Nitrogen Partners, LP;
Michael S. Burke; John H. Diesch; James F. Dietz; Keith B.
Forman; Michael F. Ray; Rentech Nitrogen GP, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SLOAN, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>RENTECH NITROGEN PARTNERS, LP; MICHAEL S. BURKE; JOHN H. DIESCH; JAMES F. DIETZ; KEITH B. FORMAN; MICHAEL F. RAY; RENTECH NITROGEN GP, LLC; CVR PARTNERS, LP; LUX MERGER SUB 1, LLC; AND LUX MERGER SUB 2, LLC,<br><br>            Defendants. | Case No. CV 15-7818-GW(MRWx)<br><br>Courtroom: 10<br><br><u>CLASS ACTION</u><br><br>**SCHEDULING ORDER REGARDING APPROVAL OF CLASS ACTION SETTLEMENT AND CLASS CERTIFICATION** |

      WHEREAS, the parties to the above-captioned class action (the "Action") have agreed to settle the Action; and

WHEREAS, Plaintiffs have applied pursuant to Federal Rule of Civil Procedure ("FRCP") 23 for an Order approving the proposed settlement of the Action and determining certain matters in accordance with the Stipulation and Agreement of Compromise and Settlement, entered into by the settling parties, dated May 16, 2016 (the "Stipulation" or "Settlement Agreement"), and for the dismissal of the Action upon the terms and conditions set forth in the Stipulation.[1]

NOW, after review and consideration of the Stipulation filed with the Court and the exhibits annexed thereto, a copy of which is annexed hereto, and after due deliberation,

IT IS HEREBY ORDERED AND ADJUDGED this 7th day of July, 2016, that:

1. For purposes of settlement only, the Action shall be maintained as a class action under FRCP on behalf of the following class (the "Class"):

All record and beneficial owners of Rentech Nitrogen Partners, LP ("Rentech Nitrogen") common units who owned or held Rentech Nitrogen common units at any time during the period beginning on August 9, 2015 through April 1, 2016, including any and all of their respective successors in interest, predecessors, representatives, trustees, executors, administrators, heirs, assigns, or transferees, immediate and remote, and any person or entity acting for or on behalf of, or claiming under, any of them, and each of them (the "Class," to be composed of "Class Members").  Excluded from the Class are Defendants, members of the immediate family of any Defendant, any entity in which a Defendant has or had a controlling interest, and the legal representatives, heirs, successors, or assigns of any such excluded person.  For purposes of the Settlement only, the Action shall be certified as a non-opt-out class action pursuant to FRCP 23.

2. A hearing (the "Settlement Hearing") will be held on October 6, 2016, at 8:30 a.m., in the United States District Court for the Central District of California (the "Court"), located at 312 North Spring Street, Los Angeles, California 90012, to: (a) consider whether the Class should be certified permanently, for purposes of settlement, (b) determine whether to certify plaintiff Jesse Sloan ("California Plaintiff") as Class Representative and Brodsky & Smith, LLC ("California Plaintiff's Counsel") as Lead Counsel for the Class, (c) determine whether the Court should approve the settlement as fair, reasonable and adequate and in the best interests of the Class, (d) determine whether final judgment should be entered dismissing the Action and the Released Claims as to the Released Parties with prejudice as against California

---

[1] Capitalized terms (other than proper nouns) that are not defined herein shall have the meanings set forth in the Stipulation.

1  Plaintiff and the Class, releasing the Released Claims, and barring and enjoining prosecution of
2  any and all Released Claims (as provided in the Stipulation) and (e) consider other matters,
3  including a request by California Plaintiff's Counsel for attorneys' fees and expenses, which
4  attorneys' fees and expenses (if and only if awarded by this Court) are to be paid solely by
5  Rentech Nitrogen and/or its successor(s)-in-interest and/or their respective insurer(s).  The Court
6  may adjourn and reconvene the Settlement Hearing without further notice to members of the
7  Class other than by oral announcement at the Settlement Hearing or any adjournment thereof.
8      3.   The Court may approve the settlement, according to the terms and conditions of
9  the Stipulation, as it may be modified by the parties thereto, with or without further notice to
10 Class Members.  Further, the Court may render its final judgment dismissing the Action against
11 the Defendants and the Released Claims with prejudice (as provided in the Stipulation),
12 approving releases by Plaintiff and the Class of claims against the Released Parties, and ordering
13 the payment of attorneys' fees and expenses, all without further notice.
14     4.   The Court approves, in form and substance, the Notice of Pendency of Class
15 Action, Proposed Settlement, Settlement Hearing and Right to Appear (the "Notice")
16 substantially in the form attached as **Exhibit C** to the Stipulation.  The Court finds the mailing of
17 the Notice in substantially the manner set forth in paragraph 5 of this Order constitutes the best
18 notice practicable under the circumstances to all persons entitled to such notice of the Settlement
19 Hearing and the proposed Settlement, and meets the requirements of FRCP 23 and of due
20 process.
21     5.   At least sixty (60) days before the Settlement Hearing, Rentech Nitrogen shall
22 cause the Notice to be mailed by United States mail, first class, postage pre-paid, to each person
23 who is shown on the records of Rentech Nitrogen, its successors-in-interest or their respective
24 transfer agents, to be a record owner of any common units of Rentech Nitrogen (the "Common
25 Units") at any time between August 9, 2015 through April 1, 2016, at his, her, or its last known
26 address appearing in the transfer records of unitholders maintained by or on behalf of Rentech
27 Nitrogen.  All record holders in the Class who were not also the beneficial owners of any
28 Common Units held by them of record shall be requested in the Notice to forward the Notice to

such beneficial owners of those Common Units.  Rentech Nitrogen shall use reasonable efforts to give notice to such beneficial owners by causing additional copies of the Notice (a) to be made available to any record holder who, prior to the Settlement Hearing, requests the same for distribution to beneficial owners, or (b) to be mailed to beneficial owners whose names and addresses Rentech Nitrogen received from record owners.

6. At least ten (10) business days before the date of the Settlement Hearing, counsel for Rentech Nitrogen shall file with the Court proof of mailing of the Notice.  Plaintiff shall file and serve his opening brief in support of the Settlement and Plaintiff's Counsel's application for attorneys' fees and expenses in accordance with the Federal Rules of Civil Procedure and shall file these papers at least (16) court days prior to the Settlement Hearing.  Any opposition by Defendants to Plaintiff's Counsel's application for attorneys' fees and expenses shall be filed at least (8) court days prior to the Settlement Hearing.  If any shareholder objections to the Settlement or the application for attorneys' fees are received or filed, Plaintiff and/or Defendants may file and serve a brief response to those objections no later than five (5) court days prior to the Settlement Hearing.

7. At the Settlement Hearing, any member of the Class who desires to do so may appear personally or by counsel, and show cause, if any, why the Class should not be permanently certified, pursuant to FRCP 23; why the settlement of the Action in accordance with and as set forth in the Stipulation should not be approved as fair, reasonable, and adequate and in the best interests of the Class; why judgment should not be entered in accordance with and as set forth in the Stipulation; or why the Court should not grant an award of reasonable attorneys' fees and expenses to Plaintiff's Counsel for their services and actual expenses incurred in the Action; provided, however, that unless the Court in its discretion otherwise directs, no Class Member, or any other person, shall be entitled to contest the approval of the terms and conditions of the Settlement or (if approved) the judgment to be entered thereon, or the allowance of fees and expenses to Plaintiff's Counsel, and no papers, briefs, pleadings or other documents submitted by any member of the Class or any other person (excluding a party to the Stipulation) shall be received or considered, except by order of the Court for good cause shown, unless, no later than

fourteen (14) calendar days prior to the Settlement Hearing, such person files with the Clerk in the Court at 312 North Spring Street, Los Angeles, California 90012, and serves upon the attorneys listed below: (a) a written notice of intention to appear; (b) proof of membership in the Class; (c) a statement of objections to any matter before the Court; and (d) the grounds therefore or the reasons for wanting to appear and be heard, as well as all documents or writings the Court shall be asked to consider.  These writings must be served upon the following attorneys:

| | |
|---|---|
| Brodsky & Smith, LLC<br>Evan J. Smith<br>9595 Wilshire Boulevard, Suite 900<br>Beverly Hills, CA 90212 | Proskauer Rose LLP<br>Lary Alan Rappaport<br>2049 Century Park E #3200<br>Los Angeles, CA 90067 |
| Latham & Watkins LLP<br>Kristin N. Murphy<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 | |

8. Any person who fails to object in the manner described above shall be deemed to have waived the right to object (including any right of appeal) and shall be forever barred from raising such objection in this or any other action or proceeding.  Class Members who do not object need not appear at the Settlement Hearing or take any other action to indicate their approval.

9. Institution or prosecution of any action or claim that is subject to the release, dismissal or bar provisions in the Stipulation is hereby enjoined pending further order of the Court.

10. All proceedings in the Action, other than proceedings as may be necessary to carry out the terms and conditions of the Stipulation, are hereby stayed and suspended until further order of this Court.

Dated: July 7, 2016

_____
GEORGE H. WU, U.S. District Judge