| | |
|---|---|
| 1 | Evan J. Smith |
| 2 | BRODSKY & SMITH, LLC<br>9595 Wilshire Boulevard, Suite 900<br>Beverly Hills, CA 90212 |
| 3 | Telephone: (877) 534-2590<br>Facsimile: (310) 247-0160 |
| 4 | esmith@brodsky-smith.com |
| 5 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE SLOAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENTECH NITROGEN PARTNERS, LP; MICHAEL S. BURKE; JOHN H. DIESCH; JAMES F. DIETZ; KEITH B. FORMAN; MICHAEL F. RAY; RENTECH NITROGEN GP, LLC; CVR PARTNERS, LP; LUX MERGER SUB 1, LLC; AND LUX MERGER SUB 2, LLC,<br><br>Defendants. | Case No. 2:15-cv-07818-GW-MRW<br><br>Assigned To The Honorable George H. Wu<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ORDER GRANTING: (1) APPROVAL OF APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL; (2) FINAL APPROVAL OF PROPOSED SETTLEMENT AND CLASS CERTIFICATION; AND (3) FINAL CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date:  October 6, 2016<br>Time:  8:30 a.m.<br>Place: Courtroom 10 |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on October 6, 2016, at 8:30 a.m., or as soon thereafter as counsel may be heard, at the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California 90012, before the Honorable George H. Wu, United States District Judge, Plaintiff Jesse Sloan ("Plaintiff") will and hereby does make a motion for: (1) approval of appointment of Plaintiff as Settlement Class Representative and Brodsky & Smith, LLC as Class Counsel; (2) final approval of the proposed settlement ("Settlement") of this class action; and (3) final class certification of the Settlement Class conditionally certified in this Court's Preliminary Approval Order (the "Motion"). Plaintiff's Motion is based on the Memorandum in support of Plaintiff's Motion, the Declaration of Evan J. Smith in support of the Motion ("Smith Decl."), the record in this action, and such additional evidence or argument as may be required by the Court.

DATED: September 13, 2016

Respectfully submitted,

**BRODSKY & SMITH, LLC**

By: _/s/ Evan J. Smith_
Evan J. Smith
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160