1  Evan J. Smith
   BRODSKY & SMITH, LLC
2  9595 Wilshire Boulevard, Suite 900
   Beverly Hills, CA 90212
3  Telephone: (877) 534-2590
   Facsimile: (310) 247-0160
4  esmith@brodsky-smith.com

5  *Attorneys for Plaintiff*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10  JESSE SLOAN, on behalf of himself        Case No. 2:15-cv-07818-GW-MRW
    and all others similarly situated,
11                                            Assigned To The Honorable George H.
                      Plaintiff,              Wu
12
            v.                                <u>CLASS ACTION</u>
13
    RENTECH NITROGEN PARTNERS,                **PLAINTIFF'S NOTICE OF MOTION**
14  LP; MICHAEL S. BURKE; JOHN H.             **AND MOTION FOR ORDER**
    DIESCH; JAMES F. DIETZ; KEITH             **GRANTING APPROVAL OF AWARD**
15  B. FORMAN; MICHAEL F. RAY;                **OF ATTORNEYS' FEES**
    RENTECH NITROGEN GP, LLC;                 Date:   October 6, 2016
16  CVR PARTNERS, LP; LUX                     Time:  8:30 a.m.
    MERGER SUB 1, LLC; AND LUX                Place:  Courtroom 10
17  MERGER SUB 2, LLC,

18                    Defendants.

19

20

21

22

23

24

25

26

27

28

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on October 6, 2016, at 8:30 a.m., or as soon thereafter as counsel may be heard, at the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California 90012, before the Honorable George H. Wu, United States District Judge, Plaintiff Jesse Sloan ("Plaintiff") will and hereby does make a motion for approval of an award of attorneys' fees and expenses (the "Fee Motion"). Plaintiff's Fee Motion is based on the Memorandum in support of Plaintiff's Fee Motion, Plaintiff's memorandum of points and authorities supporting the final approval of settlement ("Final Approval Brief"), which is being filed contemporaneously herewith, the Declaration of Evan J. Smith in support of the Plaintiff's Final Approval Brief and Fee Motion ("Smith Decl."), the record in this action, and such additional evidence or argument as may be required by the Court.

DATED: September 13, 2016                    Respectfully submitted,

**BRODSKY & SMITH, LLC**

By:  */s/ Evan J. Smith*
Evan J. Smith
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

1
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ODER GRANTING
APPROVAL OF AWARD OF ATTORNEYS' FEES AND EXPENSES