Evan J. Smith
BRODSKY & SMITH, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SLOAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENTECH NITROGEN PARTNERS, LP; MICHAEL S. BURKE; JOHN H. DIESCH; JAMES F. DIETZ; KEITH B. FORMAN; MICHAEL F. RAY; RENTECH NITROGEN GP, LLC; CVR PARTNERS, LP; LUX MERGER SUB 1, LLC; AND LUX MERGER SUB 2, LLC,<br><br>Defendants. | Case No. 2:15-cv-07818-GW-MRW<br><br>Assigned To The Honorable George H. Wu<br><br>**SUPPLEMENTAL DECLARATION OF SHANE T. ROWLEY IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>Date:   November 10, 2016<br>Time:   8:30 a.m.<br>Place:   Courtroom 10 |

I, Shane T. Rowley, declare as follows:

1.    I am a partner with the law firm of Levi & Korsinsky LLP, counsel for plaintiff Mike Mustard in the recently dismissed Delaware Chancery Court action (the "*Mustard* Action"), as well as one of the counsel for Plaintiff Jesse Sloan.  I am fully familiar with all the facts and circumstances described herein.

2.    This declaration is submitted in further support of the Plaintiff's Motion for an Award of Attorneys' Fees and Expenses and Memorandum of Points and Authorities in Support Thereof in the above-captioned action.

3.    On August 28, 2015, Levi & Korsinsky filed the *Mustard* Action in Delaware Chancery Court.  My firm was listed as "of counsel" in the Mustard Action because we do not have a Delaware office and hired local counsel to file for us.

4.    On September 30, 2015, Defendants filed a motion to dismiss with the Court, indicating that further briefing would be filed. On October 1, 2015, Brodsky & Smith filed the California Action.  Both Actions contain substantially similar allegations arising out of the same nucleus of facts.

5.    In an effort to avoid duplicative litigation, after discussions with Brodsky & Smith, my firm agreed to defer to the California Action and assist Brodsky & Smith in litigating that action.

6.    Had my firm not agreed to work with Brodsky & Smith, it would have continued to litigate the *Mustard* Action and filed an amended complaint containing the material misstatements and omissions in the Registration Statement, as the complaint in the California Action did.  My firm would have also litigated the motion to dismiss that was filed in the *Mustard* Action.

7.    However, Defendants never filed a memorandum or other supporting documents for a motion to dismiss in the *Mustard* Action. On June 16, 2016, the

SUPPLEMENTAL DECLARATION OF SHANE T. ROWLEY IN SUPPORT OF MOTION
FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

Delaware Chancery Court filed a letter noting that the motion to dismiss had not been briefed and requesting a status report.

8.  In December of 2015, Brodsky & Smith informed me that they had discussions with Defendants regarding a settlement of the Actions and that Defendants wanted the *Mustard* Action involved in any settlement agreement.

9.  Accordingly, on February 1, 2016, I signed the MOU and, on May 16, 2016, I entered into the Stipulation.  Pursuant to the MOU and Stipulation, I agreed to dismiss the *Mustard* Action in exchange for a settlement of the Actions.  On July 1, 2016, the *Mustard* Action was dismissed.

10.  In connection with the California Action, my firm drafted the following: (i) the preliminary approval papers filed with the Court on May 17, 2016 (Dkts. 27-31); (ii) a substantial majority of the supplemental preliminary approval papers filed with the Court on June 30, 2016 (Dkts. 35-36); (iii) the final approval papers filed with the Court on September 13, 2016 (Dkts. 43-44, 47); and (iv) the motion for attorneys' fees and expenses filed with the Court on September 13, 2016 (Dkts. 45-47).

11.  In connection with the filing of the *Mustard* Action, my firm hired a financial expert to evaluate the pricing claim and review the Registration Statement. My firm and Brodsky & Smith agreed to use the same financial expert to review the Registration Statement and are equally splitting the costs associated with the hiring of that expert.

12.  In connection with the hiring of a financial expert, the financial expert has reviewed the pricing and disclosure claims and has submitted a declaration in support of plaintiff's supplemental preliminary approval briefing.

13.  My firm has expended 180.25 attorney hours in connection with the Action, from its inception through this date.

SUPPLEMENTAL DECLARATION OF SHANE T. ROWLEY IN SUPPORT OF MOTION
FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

| NAME | TITLE | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Shane T. Rowley | Partner | 61.50 | $875 | $53,812.50 |
| Michael Rosner | Partner | 8.50 | $795 | $6,757.50 |
| William J. Fields | Associate | 15.25 | $500 | $7,625.00 |
| Cecille Cargill | Associate | 1.00 | $495 | $495.00 |
| Stephanie A. Bartone | Associate | 94.00 | $475 | $44,650.00 |
| Samantha Halliday | Paralegal | 2.50 | $265 | $662.50 |
| Joanna Chlebus | Paralegal | 0.5 | $265 | $132.50 |
| Judith Bennett | Paralegal | 4.00 | $265 | $1,060.00 |
| **Total** | | **187.25** | | **$115,195.00** |

14.    Time expended in preparing this application for fees and expenses has not been included. Exhibit 1 attached hereto contains an itemized list of the aforementioned time information.

15.    My firm has also incurred a total of $6,662.82 in unreimbursed expenses in connection with the prosecution of the Action, detailed as follows:

### EXPENSES

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Expert | $6,662.82 |
| **TOTAL** | **$6,662.82** |

16.    The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

SUPPLEMENTAL DECLARATION OF SHANE T. ROWLEY IN SUPPORT OF MOTION
FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

17.     A copy of my firm's resume is attached hereto as Exhibit 2.  The resume describes the background of the attorneys of our firm and our experience in class action litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of October 2016, at Stamford, CT.

_____
Shane T. Rowley

EXHIBIT "1"

**Case 2:15-cv-07818-GW-MRW   Document 63  Filed 10/14/16   Page 7 of 43   Page ID #:1207**

| Lwyr | Lawyer | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Matter | | Client | | | | |
| Entry # | | Task | Matter Description Explanation | Law Type | Hours | Rate | Total |
| JC | Joanna Chlebus | | | | | | |
| Aug 10/2015 | 2803 | | Williamson, Paul E. | | | | |
| 166743 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | press release | | 0.50 | 265.00 | 132.50 |
| CC | Cecille Cargill | | | | | | |
| Aug 11/2015 | 2803 | | Williamson, Paul E. | | | | |
| 167515 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | emails | | 0.25 | 495.00 | 123.75 |
| MR | Michael Rosner | | | | | | |
| Aug 11/2015 | 2803 | | Williamson, Paul E. | | | | |
| 163371 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | assigned case by JL ; investigation; conf WJF | | 4.75 | 795.00 | 3776.25 |
| MR | Michael Rosner | | | | | | |
| Aug 12/2015 | 2803 | | Williamson, Paul E. | | | | |
| 163377 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | comms WJF | | 0.25 | 795.00 | 198.75 |
| WJF | William Fields | | | | | | |
| Aug 12/2015 | 2803 | | Williamson, Paul E. | | | | |
| 163336 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | drafting complaint | | 9.00 | 435.00 | 3915.00 |
| MR | Michael Rosner | | | | | | |
| Aug 13/2015 | 2803 | | Williamson, Paul E. | | | | |
| 163383 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | complaint/investigation; comms WJF, JL | | 3.50 | 795.00 | 2782.50 |
| SR | Shane Rowley | | | | | | |
| Aug 17/2015 | 2803 | | Williamson, Paul E. | | | | |
| 217458 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | Review of newswires re deal announcement and company filings | | 2.50 | 875.00 | 2187.50 |
| WJF | William Fields | | | | | | |
| Aug 17/2015 | 2803 | | Williamson, Paul E. | | | | |
| 163461 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | reviewing SEC filings | | 1.50 | 435.00 | 652.50 |
| SR | Shane Rowley | | | | | | |
| Aug 18/2015 | 2803 | | Williamson, Paul E. | | | | |
| 217459 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | Communications internally re drafting complaint | | 0.50 | 875.00 | 437.50 |
| WJF | William Fields | | | | | | |
| Aug 18/2015 | 2803 | | Williamson, Paul E. | | | | |
| 163657 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | drafting complaint | | 4.00 | 435.00 | 1740.00 |
| WJF | William Fields | | | | | | |
| Aug 19/2015 | 2803 | | Williamson, Paul E. | | | | |
| 163707 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | reviewing SEC filings | | 0.75 | 435.00 | 326.25 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 20/2015 | 2803 | | Williamson, Paul E. | | | | |
| 163785 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | Drafting compl; review SEC filings, press releases; conf re: case strategy; tel conf w/client | | 4.50 | 415.00 | 1867.50 |
| SR | Shane Rowley | | | | | | |
| Aug 20/2015 | 2803 | | Williamson, Paul E. | | | | |
| 217460 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | Review/edit draft complaint | | 2.25 | 875.00 | 1968.75 |
| CC | Cecille Cargill | | | | | | |
| Aug 21/2015 | 2803 | | Williamson, Paul E. | | | | |
| 168042 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | emails (comp & ver) | | 0.25 | 495.00 | 123.75 |
| CC | Cecille Cargill | | | | | | |
| Aug 25/2015 | 2803 | | Williamson, Paul E. | | | | |
| 168903 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | emails (comp & ver) & calls (re ver) | | 0.50 | 495.00 | 247.50 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 27/2015 | 2803 | | Williamson, Paul E. | | | | |
| 164574 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | Emails | | 0.25 | 415.00 | 103.75 |
| SR | Shane Rowley | | | | | | |
| Aug 28/2015 | 2803 | | Williamson, Paul E. | | | | |
| 217461 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | Coordination of filing of complaint | | 1.00 | 875.00 | 875.00 |
| SR | Shane Rowley | | | | | | |
| Aug 31/2015 | 2803 | | Williamson, Paul E. | | | | |
| 217462 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | Coordination of filing of complaint | | 0.50 | 875.00 | 437.50 |
| SAB | Stephanie Bartone | | | | | | |
| Sep 9/2015 | 2803 | | Williamson, Paul E. | | | | |
| 165409 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | Emails | | 0.25 | 415.00 | 103.75 |
| SAB | Stephanie Bartone | | | | | | |
| Sep 17/2015 | 2803 | | Williamson, Paul E. | | | | |
| 165844 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | Review s-4 | | 0.25 | 415.00 | 103.75 |
| SAB | Stephanie Bartone | | | | | | |
| Sep 17/2015 | 2803 | | Williamson, Paul E. | | | | |
| 165850 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | Drafting compl; review SEC filings, press releases; conf re: case strategy; tel conf w/client | | 2.50 | 415.00 | 1037.50 |
| SR | Shane Rowley | | | | | | |
| Sep 17/2015 | 2803 | | Williamson, Paul E. | | | | |
| 217464 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| No Hold | | BW | Review S-4 filing and newswires. Communication with expert, communications with MA and E.S. re amended complaint | | 4.50 | 875.00 | 3937.50 |

| Lwyr | Lawyer | | | | | | |
|------|--------|--|--|--|--|--|--|
| Date | Matter | | Client | | | | |
| Entry # | | Task | Matter Description | Law Type | | | |
| | | | Explanation | | Hours | Rate | Total |

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| SR | Shane Rowley | | | | | | |
| Sep 19/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217463 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communications with SB re case strategy etc. | | 0.50 | 875.00 | 437.50 |
| SAB | Stephanie Bartone | | | | | | |
| Sep 30/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 166936 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Review complaint | | 0.25 | 415.00 | 103.75 |
| SR | Shane Rowley | | | | | | |
| Sep 30/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217465 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communication w MA re Motion to dismiss in DE | | 0.50 | 875.00 | 437.50 |
| SAB | Stephanie Bartone | | | | | | |
| Oct 1/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 166940 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Review complaint | | 0.50 | 415.00 | 207.50 |
| SAB | Stephanie Bartone | | | | | | |
| Oct 1/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 167759 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Conference call | | 0.50 | 415.00 | 207.50 |
| SAB | Stephanie Bartone | | | | | | |
| Oct 1/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 167760 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Drafting compl; review SEC filings, press releases; conf re: case strategy; tel conf w/client | | 1.25 | 415.00 | 518.75 |
| SR | Shane Rowley | | | | | | |
| Oct 1/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217466 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Conf call with BS firm re strategy. Review/edit draft complaint | | 1.50 | 875.00 | 1312.50 |
| SR | Shane Rowley | | | | | | |
| Oct 5/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217467 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communications with BS | | 0.50 | 875.00 | 437.50 |
| SR | Shane Rowley | | | | | | |
| Oct 6/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217468 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communications with BS | | 0.50 | 875.00 | 437.50 |
| SAB | Stephanie Bartone | | | | | | |
| Oct 13/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 168392 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Emails re edits to expedited | | 0.25 | 415.00 | 103.75 |
| SR | Shane Rowley | | | | | | |
| Oct 13/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217469 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communications with BS re discovery requests | | 0.50 | 875.00 | 437.50 |
| SR | Shane Rowley | | | | | | |
| Oct 23/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217470 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communications with BS re discovery | | 0.50 | 875.00 | 437.50 |
| SAB | Stephanie Bartone | | | | | | |
| Oct 26/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 171587 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Review search terms | | 0.25 | 415.00 | 103.75 |
| SR | Shane Rowley | | | | | | |
| Oct 26/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217471 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communications re discovery search terms | | 0.50 | 875.00 | 437.50 |
| SR | Shane Rowley | | | | | | |
| Oct 27/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217472 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communications re discovery search terms | | 0.50 | 875.00 | 437.50 |
| SAB | Stephanie Bartone | | | | | | |
| Oct 28/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 171974 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Emails | | 0.25 | 415.00 | 103.75 |
| SR | Shane Rowley | | | | | | |
| Nov 4/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217473 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communications with BS re discovery | | 0.50 | 875.00 | 437.50 |
| SR | Shane Rowley | | | | | | |
| Dec 15/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217474 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Review of settlement deman letter made by BS | | 1.00 | 875.00 | 875.00 |
| SR | Shane Rowley | | | | | | |
| Dec 29/2015 | **2803** | | **Williamson, Paul E.** | | | | |
| 217475 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communications w BS re status of settlement demand and case strategy generally | | 1.00 | 875.00 | 875.00 |
| SR | Shane Rowley | | | | | | |
| Jan 27/2016 | **2803** | | **Williamson, Paul E.** | | | | |
| 217476 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Review of proposed draft MOU and communications with client | | 2.25 | 875.00 | 1968.75 |
| SAB | Stephanie Bartone | | | | | | |
| Feb 1/2016 | **2803** | | **Williamson, Paul E.** | | | | |
| 203380 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Emails | | 0.25 | 475.00 | 118.75 |
| SR | Shane Rowley | | | | | | |
| Feb 1/2016 | **2803** | | **Williamson, Paul E.** | | | | |
| 217477 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **Hold** | | BW | Communications with SH re MOU | | 0.50 | 875.00 | 437.50 |

Case 2:15-cv-07818-GW-MRW   Document 63   Filed 10/14/16   Page 9 of 43   Page ID #:1209

| Lwyr | Lawyer | | | | | |
|---|---|---|---|---|---|---|
| Date | | Matter | Client | | | |
| Entry # | | | Matter Description | Law Type | | |
| | | Task | Explanation | | Hours | Rate | Total |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SR | Shane Rowley | | Williamson, Paul E. | | | | |
| Mar 21/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 217478 | | | | | | | |
| **No Hold** | | BW | Review and edit Stipulation of Settlement | | 1.50 | 875.00 | 1312.50 |
| SAB | Stephanie Bartone | | Williamson, Paul E. | | | | |
| Mar 22/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 203381 | | | | | | | |
| **No Hold** | | BW | Review docs for prelim approval drafting | | 0.50 | 475.00 | 237.50 |
| SR | Shane Rowley | | Williamson, Paul E. | | | | |
| Mar 24/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 217479 | | | | | | | |
| **No Hold** | | BW | Review of prior CA federal prelim approval briefings | | 3.50 | 875.00 | 3062.50 |
| SAB | Stephanie Bartone | | Williamson, Paul E. | | | | |
| May 4/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 203382 | | | | | | | |
| **No Hold** | | BW | Emails re prelim brief adn fees | | 0.25 | 475.00 | 118.75 |
| SAB | Stephanie Bartone | | Williamson, Paul E. | | | | |
| May 9/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 203383 | | | | | | | |
| **No Hold** | | BW | drafting preliminary approval papers | | 7.75 | 475.00 | 3681.25 |
| SR | Shane Rowley | | Williamson, Paul E. | | | | |
| May 9/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 217480 | | | | | | | |
| **No Hold** | | BW | Review/edit draft prelim approval papers | | 1.75 | 875.00 | 1531.25 |
| SAB | Stephanie Bartone | | Williamson, Paul E. | | | | |
| May 17/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 203384 | | | | | | | |
| **No Hold** | | BW | Emails re stip | | 0.25 | 475.00 | 118.75 |
| SAB | Stephanie Bartone | | Williamson, Paul E. | | | | |
| May 17/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 203385 | | | | | | | |
| **No Hold** | | BW | Editing prelim brief | | 0.25 | 475.00 | 118.75 |
| SHA | Samantha Halliday | | Williamson, Paul E. | | | | |
| May 17/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 197589 | | | | | | | |
| **No Hold** | | BW | Tables on MOL for Preliminary Approval | | 1.00 | 265.00 | 265.00 |
| SR | Shane Rowley | | Williamson, Paul E. | | | | |
| May 17/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 217481 | | | | | | | |
| **No Hold** | | BW | Review and edit prelim approval brief | | 1.00 | 875.00 | 875.00 |
| SR | Shane Rowley | | Williamson, Paul E. | | | | |
| Jun 16/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 217482 | | | | | | | |
| **No Hold** | | BW | Review of Chancery Court letter requesting status report and communications re expert | | 1.00 | 875.00 | 875.00 |
| SR | Shane Rowley | | Williamson, Paul E. | | | | |
| Jun 16/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 217483 | | | | | | | |
| **No Hold** | | BW | Communiucations w BS re prelim approval hearing and review of disclosures and prior briefing re supplemental briefing | | 2.50 | 875.00 | 2187.50 |
| SR | Shane Rowley | | Williamson, Paul E. | | | | |
| Jun 17/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 217484 | | | | | | | |
| **No Hold** | | BW | Review of preliminary order and communcations with expert and SB re expert affidavit and supplemental briefing | | 3.50 | 875.00 | 3062.50 |
| SAB | Stephanie Bartone | | Williamson, Paul E. | | | | |
| Jun 21/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 207962 | | | | | | | |
| **No Hold** | | BW | Emails | | 0.25 | 475.00 | 118.75 |
| SR | Shane Rowley | | Williamson, Paul E. | | | | |
| Jun 21/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 217485 | | | | | | | |
| **No Hold** | | BW | Communications with expert on disclosures and supplemental briefing | | 2.00 | 875.00 | 1750.00 |
| SR | Shane Rowley | | Williamson, Paul E. | | | | |
| Jun 22/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 217486 | | | | | | | |
| **No Hold** | | BW | Review of deposition transcripts | | 3.00 | 875.00 | 2625.00 |
| SAB | Stephanie Bartone | | Williamson, Paul E. | | | | |
| Jun 27/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 208563 | | | | | | | |
| **No Hold** | | BW | drafting supplemental brief, call with expert, str | | 7.00 | 475.00 | 3325.00 |
| SR | Shane Rowley | | Williamson, Paul E. | | | | |
| Jun 27/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 217487 | | | | | | | |
| **No Hold** | | BW | Communications with BS and expert re supplemental briefing and aff | | 3.25 | 875.00 | 2843.75 |
| SAB | Stephanie Bartone | | Williamson, Paul E. | | | | |
| Jun 28/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 209329 | | | | | | | |
| **No Hold** | | BW | drafting for supplemental brief | | 5.00 | 475.00 | 2375.00 |
| SR | Shane Rowley | | Williamson, Paul E. | | | | |
| Jun 28/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 217488 | | | | | | | |
| **No Hold** | | BW | Review and edit draft brief sections; communications re expert aff; discussions re dismissal of DE action | | 4.75 | 875.00 | 4156.25 |
| SAB | Stephanie Bartone | | Williamson, Paul E. | | | | |
| Jun 29/2016 | **2803** | | Rentech Nitrogen Partners, L.P. | to | | | |
| 209332 | | | | | | | |
| **No Hold** | | BW | Research for supplemental brief | | 2.00 | 475.00 | 950.00 |
| SAB | Stephanie Bartone | | | | | | |

Case 2:15-cv-07818-GW-MRW   Document 63   Filed 10/14/16   Page 10 of 43   Page ID #:1210

| Lwyr | Lawyer | | | | | |
|------|--------|--|--|--|--|--|
| Date | Matter | | Matter Description | | | |
| Entry # | | Task | Explanation | Law Type | Hours | Rate | Total |

| | | | | | | |
|--|--|--|--|--|--|--|
| Jun 29/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 209334 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Editing brief | | 0.75 | 475.00 | 356.25 |
| SR | Shane Rowley | | | | | | |
| Jun 29/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 217489 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Review of revised briefing and review of revised Notice | | 2.50 | 875.00 | 2187.50 |
| SR | Shane Rowley | | | | | | |
| Jun 30/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 217490 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Review of revised notice | | 0.50 | 875.00 | 437.50 |
| SR | Shane Rowley | | | | | | |
| Jul 5/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 217491 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Review of granted order of dismissal in DE | | 0.25 | 875.00 | 218.75 |
| SAB | Stephanie Bartone | | | | | | |
| Jul 13/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 211092 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Emails | | 0.25 | 475.00 | 118.75 |
| SHA | Samantha Halliday | | | | | | |
| Jul 13/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 211066 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | pull time report and generate lodestar draft | | 0.50 | 265.00 | 132.50 |
| SR | Shane Rowley | | | | | | |
| Jul 13/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 217492 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communications with BS re fee negotiations | | 0.50 | 875.00 | 437.50 |
| SR | Shane Rowley | | | | | | |
| Jul 28/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 217493 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Communications with SB and BS re final approval papers | | 0.50 | 875.00 | 437.50 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 2/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 213400 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | research and search for sample final approval briefs for drafting final approval papers | | 4.75 | 475.00 | 2256.25 |
| SR | Shane Rowley | | | | | | |
| Aug 2/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 217494 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Review of prior CA federal final approval papers | | 3.00 | 875.00 | 2625.00 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 4/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 213740 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | drafting final approval | | 8.00 | 475.00 | 3800.00 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 5/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 213753 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | drafting final approval papers | | 3.75 | 475.00 | 1781.25 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 8/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 213981 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | drafting final approval | | 2.75 | 475.00 | 1306.25 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 9/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 214166 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | drafting final approval | | 6.00 | 475.00 | 2850.00 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 10/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 214169 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | drafting final approval | | 1.00 | 475.00 | 475.00 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 11/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 214252 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | drafting final approval | | 6.00 | 475.00 | 2850.00 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 12/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 214607 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | drafting final approval | | 4.00 | 475.00 | 1900.00 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 18/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 215257 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | drafting final approval papers | | 1.75 | 475.00 | 831.25 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 19/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 215263 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Editing final approval brief | | 0.50 | 475.00 | 237.50 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 23/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 215917 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Editing FINAL APPROVAL PAPERS | | 1.00 | 475.00 | 475.00 |
| SR | Shane Rowley | | | | | | |
| Aug 23/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 217495 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Review and edit draft final approval papers | | 3.50 | 875.00 | 3062.50 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 24/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 216211 | | | Rentech Nitrogen Partners, L.P. | to | | | |
| **No Hold** | | BW | Research judges local rules | | 0.25 | 475.00 | 118.75 |
| SAB | Stephanie Bartone | | | | | | |
| Aug 24/2016 **2803** | | | **Williamson, Paul E.** | | | | |
| 216212 | | | Rentech Nitrogen Partners, L.P. | to | | | |

Case 2:15-cv-07818-GW-MRW   Document 63   Filed 10/14/16   Page 11 of 43   Page ID #:1211

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **No Hold** | BW | Emails | | 0.25 | 475.00 | 118.75 |
| SAB Aug 26/2016 216464 | Stephanie Bartone **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | Editing final approval papers | | 0.50 | 475.00 | 237.50 |
| JB Aug 29/2016 216449 | Judith Bennett **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | Drafted TOA and TOC for 2 briefs for SB | | 4.00 | 265.00 | 1060.00 |
| SAB Aug 29/2016 216466 | Stephanie Bartone **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | Editing final approval papers | | 8.50 | 475.00 | 4037.50 |
| SR Aug 29/2016 217496 | Shane Rowley **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | Review of time reports etc re lodestar calculation | | 1.00 | 875.00 | 875.00 |
| SAB Aug 30/2016 216877 | Stephanie Bartone **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | Emails | | 0.25 | 475.00 | 118.75 |
| SAB Aug 30/2016 216886 | Stephanie Bartone **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | Emails re final approval edits | | 0.25 | 475.00 | 118.75 |
| SHA Aug 30/2016 217132 | Samantha Halliday **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | updates to fee aff | | 0.50 | 265.00 | 132.50 |
| SAB Aug 31/2016 216937 | Stephanie Bartone **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | Review brief | | 0.25 | 475.00 | 118.75 |
| SAB Aug 31/2016 216941 | Stephanie Bartone **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | drafting final approval | | 4.50 | 475.00 | 2137.50 |
| SAB Sep 1/2016 216932 | Stephanie Bartone **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | Emails | | 0.25 | 475.00 | 118.75 |
| SAB Sep 1/2016 216936 | Stephanie Bartone **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. | | | | |
| **No Hold** | BW | | | 4.00 | 475.00 | 1900.00 |
| SHA Sep 1/2016 217883 | Samantha Halliday **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | Email to Yariela re expenses | | 0.25 | 265.00 | 66.25 |
| SHA Sep 7/2016 217896 | Samantha Halliday **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | email to Stephanie re all set with requests for attorney time | | 0.25 | 265.00 | 66.25 |
| SAB Sep 12/2016 218227 | Stephanie Bartone **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | editing fee app and updating numbers | | 0.50 | 475.00 | 237.50 |
| SAB Sep 13/2016 218505 | Stephanie Bartone **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | Emails | | 0.25 | 475.00 | 118.75 |
| SAB Sep 13/2016 218512 | Stephanie Bartone **2803** | **Williamson, Paul E.** Rentech Nitrogen Partners, L.P. to | | | | |
| **No Hold** | BW | Editing fee app | | 0.25 | 475.00 | 118.75 |

### *** Summary by Task Code ***

| Task Code | | Hours | Amount |
|---|---|---|---|
| | *** Billable *** | | |
| BW   – Billable Work | | 188.25 | 114018.75 |
| **Total Billable** | | **188.25** | **114018.75** |
| **Total:** | | **188.25** | **114018.75** |

### *** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount |
|---|---|---|
| MR   – Michael Rosner | 8.50 | 6757.50 |
| SR   – Shane Rowley | 61.50 | 53812.50 |
| CC   – Cecille Cargill | 1.00 | 495.00 |
| SAB  – Stephanie Bartone | 95.00 | 44465.00 |
| WJF  – William Fields | 15.25 | 6633.75 |
| JB   – Judith Bennett | 4.00 | 1060.00 |
| JC   – Joanna Chlebus | 0.50 | 132.50 |
| SHA  – Samantha Halliday | 2.50 | 662.50 |
| **Total:** | **188.25** | **114018.75** |

Case 2:15-cv-07818-GW-MRW   Document 63   Filed 10/14/16   Page 12 of 43   Page ID #:1212

| Lwyr | Lawyer | | | | | | | |
|------|--------|--|--|--|--|--|--|--|
| Date | | Matter | Client | | | | | |
| Entry # | | | Matter Description | | Law Type | | | |
| | | Task | Explanation | | | Hours | Rate | Total |

Layout Template                          Default
Advanced Search Filter                   None
Requested by                             Shalliday
Finished                                 Wednesday, September 14, 2016 at 04:49:40 PM
Ver                                      13.0 SP2 (13.0.20140210)
Date Range                               Jan/ 1/2011 To Sep/30/2016
Matters                                  2803
Clients                                  All
Major Clients                            All
Client Intro Lawyer                      All
Matter Intro Lawyer                      All
Responsible Lawyer                       All
Type of Law                              All
Select From                              Active, Inactive, Archived Matters
Working Lawyer                           All
Task                                     All
Summarize by Type of Law                 No
Sorted by                                Order Entered
Time/Fee                                 Both
Include Daily totals                     No
Include Held Items only                  No
Matter Security Enabled                  No
Printed from                             Register

EXHIBIT "2"

# LEVI&KORSINSKY LLP

| | |
|---|---|
| New York | 30 Broad Street |
| | 24th Floor |
| | New York, NY 10004 |
| | Toll Free 877-363-5972 |
| | T. 212-363-7500 |
| | F. 212-363-7171 |
| Washington, D.C. | 1101 30th Street NW |
| | Suite 115 |
| | Washington, D.C. 20007 |
| | T. 202-524-4290 |
| | F. 202-333-2121 |
| New Jersey | 235 Main Street |
| | Hackensack, NJ 07601 |
| | T. 973-265-1600 |
| Connecticut | 733 Summer Street |
| | Suite 304 |
| | Stamford, CT 06901 |
| | T. 203-992-4523 |
| California | 445 South Figueroa Street |
| | 31st Floor |
| | Los Angeles, CA 90071 |
| | T. 213-985-7290 |

## LEVI&KORSINSKY LLP

**ABOUT THE FIRM**

Levi & Korsinsky LLP is a national law firm with decades of combined experience litigating complex securities, class, and consumer actions in state and federal courts throughout the country. Our main office is located in New York City and we also maintain offices in New Jersey, Connecticut, California, and Washington, D.C.

We represent the interests of aggrieved shareholders in class action and derivative litigation through the vigorous prosecution of corporations that have committed securities fraud and boards of directors who have breached their fiduciary duties. We have served as Lead and Co-Lead Counsel in many precedent–setting litigations, recovered millions of dollars for shareholders via securities fraud lawsuits, and obtained fair value, multi-billion dollar settlements in merger transactions.

We also represent clients in high-stakes consumer class actions against some of the largest corporations in America. Our legal team has a long and successful track record of litigating high-stakes, resource-intensive cases and consistently achieving results for our clients.

Our attorneys bring a vast breadth of knowledge and skill to the table and, as a result, are frequently appointed Lead Counsel in complex shareholder and consumer litigations in various jurisdictions. We have the ability to allocate substantial resources to each case. Our attorneys are supported by additional professionals including financial experts, in-house investigators, and administrative staff, as well as a cutting-edge proprietary e-discovery system customized to the discovery needs of any given litigation. We do not shy away from uphill battles – indeed, we routinely take on complex and challenging cases, and we prosecute them with integrity, determination, and professionalism.

*"[P]laintiff's [counsel] went the distance... did real work...
took on real contingency risk and...obtained an injunction..."*

– Vice Chancellor J. Travis Laster in *Steinhardt v. Occam Networks, Inc.* C.A. No. 5878-VCL (Del. Ch. 2010)

**PRACTICE AREAS**

**Mergers & Acquisitions**

We have achieved an impressive record in obtaining injunctive relief for shareholders and are one of the premier law firms engaged in mergers & acquisitions and takeover litigation, where we strive to maximize shareholder value. In these cases, we regularly fight to obtain settlements that enable the submission of competing buyout bid proposals, thereby increasing consideration for shareholders.

We have litigated landmark cases that have altered the landscape of mergers & acquisitions law and resulted in multi-million dollar awards to aggrieved shareholders.

In *In re NCS Healthcare, Inc. Securities Litigation*, C.A. No. 19786 (Del. Ch. 2002), one of the most historically significant cases in the Delaware courts involving mergers and acquisitions law, one of our founding partners, as Co-Lead Counsel, created a more than $100 million cash benefit for shareholders and revolutionized the way bidders and target companies design and implement lockup mechanisms to protect a deal.

In *In re Great Wolf Resorts, Inc. Shareholder Litigation*, C.A. No. 7328-VCN (Del. Ch. 2012), we achieved tremendous results for shareholders, including partial responsibility for a $93 million (57%) increase in merger

# LEVI&KORSINSKY LLP

consideration and the waiver of several "don't-ask-don't-waive" standstill agreements that were restricting certain potential bidders from making a topping bid for the company.

In *In re CNX Gas Corp. Shareholder Litigation*, 4 A.3d 397 (Del. Ch. 2010), as Plaintiffs' Executive Committee counsel, we obtained a landmark ruling from the Delaware Chancery Court that set forth a unified standard for assessing the rights of shareholders in the context of freeze-out transactions and ultimately led to a common fund recovery of over $42.7 million for the company's shareholders.

In *In re Talecris Biotherapeutics Holdings Shareholder Litigation*, C.A. No. 5614-VCL (Del. Ch. 2010), we served as counsel for one of the Lead Plaintiffs, achieving a settlement that increased the merger consideration to Talecris shareholders by an additional 500,000 shares of the acquiring company's stock and providing shareholders with appraisal rights.

In *In re Minerva Group LP v. Mod-Pac Corp.*, Index No. 800621/2013 (N.Y. Sup. Ct. Erie Cty. 2013), we obtained a settlement in which defendants increased the price of an insider buyout from $8.40 to $9.25 per share, representing a recovery of $2.4 million for shareholders.

In *Stephen J. Dannis v. J.D. Nichols*, C.A. No. 13-CI-00452 (Ky. Cir. Ct. Jefferson Cty. 2014), as Co-Lead Counsel, we obtained a 23% increase in the merger consideration (from $7.50 to $9.25 per unit) for shareholders of NTS Realty Holdings Limited Partnership. The total benefit of $7.4 million was achieved after two years of hard-fought litigation, challenging the fairness of the going-private, squeeze-out merger by NTS's controlling unitholder and Chairman, Defendant Jack Nichols. The unitholders bringing the action alleged that Nichols' proposed transaction grossly undervalued NTS's units. The 23% increase in consideration was a remarkable result given that on October 18, 2013, the Special Committee appointed by the Board of Directors had terminated the existing merger agreement with Nichols. Through counsel's tenacious efforts the transaction was resurrected and improved.

In *In re Craftmade International, Inc. Shareholders Litigation*, C.A. No. 6950-VCL (Del. Ch. 2011), we served as Co-Lead Counsel and successfully obtained an injunction requiring numerous corrective disclosures and a "Fort Howard" release announcing that the Craftmade Board of Directors was free to conduct discussions with any other potential bidders for the company.

In *Dias v. Purches*, C.A. No. 7199-VCG (Del. Ch. 2012), Vice Chancellor Sam Glasscock, III of the Delaware Chancery Court partially granted shareholders' motion for preliminary injunction and ordered that defendants correct a material misrepresentation in the proxy statement related to the acquisition of Parlux Fragrances, Inc. by Perfumania Holding, Inc.

In *Forgo v. Health Grades, Inc.*, C.A. No. 5716-VCS (Del. Ch. 2010), as Co-Lead Counsel, our attorneys established that defendants had likely breached their fiduciary duties to Health Grades' shareholders by failing to maximize value as required under *Revlon, Inc. v. MacAndrews & Forbes Holdings, Inc.*, 506 A.2d 173 (Del. 1986). We secured an agreement with defendants to take numerous steps to seek a superior offer for the company, including making key modifications to the merger agreement, creating an independent committee to evaluate potential offers, extending the tender offer period, and issuing a "Fort Howard" release affirmatively stating that the company would participate in good faith discussions with any party making a bona fide acquisition proposal.

In *Steinhardt v. Occam Networks, Inc.*, C.A. No 5878-VCL (Del. Ch. 2010), we represented shareholders in challenging the merger between Occam Networks, Inc. and Calix, Inc., obtaining a preliminary injunction against the merger after showing that the proxy statement by which the shareholders were solicited to vote for the merger was materially false and misleading.

In *In re Pamrapo Bancorp Shareholder Litigation*, Docket C-89-09 (N.J. Ch. Hudson Cty. 2011) & HUD-L-3608-12 (N.J. Law Div. Hudson Cty. 2015), we defeated defendants' motion to dismiss shareholders' class action claims for money damages and a motion for summary judgment, ultimately securing a settlement recovering $1.95 million for the Class plus the Class's legal fees and expenses up to $1 million (representing

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

an increase in consideration of 15-23% for the members of the Class). The case stemmed from the sale of Pamrapo Bancorp to BCB Bancorp at an allegedly unfair price through an unfair process. In addition to obtaining this recovery, the Court also found that our efforts substantially benefited the shareholders by obtaining supplemental disclosures for shareholders ahead of the merger vote.

In *In re Complete Genomics, Inc. Shareholder Litigation*, C.A. No. 7888-VCL (Del. Ch. 2012), we obtained preliminary injunctions of corporate merger and acquisition transactions, and Plaintiffs successfully enjoined a "don't-ask-don't-waive" standstill agreement.

In *In re Integrated Silicon Solution, Inc. Stockholder Litigation*, Lead Case No. 115CV279142 (Super. Ct. Santa Clara, CA 2015), we won an injunction requiring corrective disclosures concerning "don't-ask-don't-waive" standstill agreements and certain financial advisor conflicts of interests, and contributed to the integrity of a post-agreement bidding contest that led to an increase in consideration from $19.25 to $23 per share, a bump of almost 25 percent.

In *In re Bluegreen Corp. Shareholder Litigation*, Case No. 502011CA018111 (Cir. Ct. for Palm Beach Cty., FL), as Co-Lead Counsel, we achieved a common fund recovery of $36.5 million for minority shareholders in connection with a management-led buyout, increasing gross consideration to shareholders in connection with the transaction by 25% after three years of intense litigation.

## Derivative, Corporate Governance & Executive Compensation

We protect shareholders by enforcing the obligations of corporate fiduciaries. We are a leader in achieving important corporate governance reforms for the benefit of shareholders. Our efforts include the prosecution of derivative actions in courts around the country, making pre-litigation demands on corporate boards to investigate misconduct and taking remedial action for the benefit of shareholders. In situations where a company's board responds to a demand by commencing its own investigation, we frequently work with the board's counsel to assist with and monitor the investigation, ensuring that the investigation is thorough and conducted in an appropriate manner.

We also have successfully prosecuted derivative and class action cases to hold corporate executives and board members accountable for various abuses and to help preserve corporate assets through long-lasting and meaningful corporate governance changes, thus ensuring that prior misconduct does not reoccur. We have extensive experience challenging executive compensation, recapturing assets for the benefit of companies and their shareholders. In addition, we have secured corporate governance changes to ensure that executive compensation is consistent with shareholder-approved compensation plans, company performance, and federal securities laws.

In *MacCormack v. Groupon, Inc.*, C.A. No. 13-940-GMS (D. Del. 2013), we caused the cancellation of $2.3 million worth of restricted stock units granted to a company executive in violation of a shareholder-approved plan, as well as the adoption of enhanced corporate governance procedures designed to ensure that the board of directors complies with the terms of the plan; we also obtained additional material disclosures to shareholders in connection with a shareholder vote on amendments to the plan.

In *Scherer v. Lu*, (Diodes Incorporated), (D. Del. 2014), we secured the cancellation of $4.9 million worth of stock options granted to the company's CEO in violation of a shareholder-approved plan, and obtained additional disclosures to enable shareholders to cast a fully-informed vote on the adoption of a new compensation plan at the company's annual meeting.

In *Edwards v. Benson*, (Headwaters Incorporated), (D. Utah 2014), we caused the cancellation of $3.2 million worth of stock appreciation rights granted to the company's CEO in violation of a shareholder-approved plan and the adoption of enhanced corporate governance procedures designed to ensure that the board of directors complies with the terms of the plan.

In *Pfeiffer v. Begley*, (DeVry, Inc.), (Cir. Ct. DuPage Cty., Ill. 2012), we secured the cancellation of $2.1 million worth of stock options granted to the company's CEO in 2008-2012 in violation of a shareholder-approved incentive plan.

In *Basch v. Healy* (D. Del. 2014), we obtained a cash payment to the company to compensate for equity awards issued to officers in violation of the company's compensation plan and caused significant changes in the company's compensation policies and procedures designed to ensure that future compensation decisions are made consistent with the company's plans, charters and policies. We also impacted the board's creation of a new compensation plan and obtained additional disclosures to stockholders concerning the board's administration of the company's plan and the excess compensation.

In *Pfeiffer v. Toll* (Toll Brothers Derivative Litigation), C.A. No. 4140-VCL (Del. Ch. 2010), we prevailed in defeating defendants' motion to dismiss in a case seeking disgorgement of profits that company insiders reaped through a pattern of insider-trading. After extensive discovery, we secured a settlement returning $16.25 million in cash to the company, including a significant contribution from the individuals who traded on inside information.

In *Kleba v. Dees*, C.A. 3-1-13 (Tenn. Cir. Ct. Knox Cty. 2014), we recovered approximately $9 million in excess compensation given to insiders and the cancellation of millions of shares of stock options issued in violation of a shareholder-approved compensation plan. In addition, we obtained the adoption of formal corporate governance procedures designed to ensure that future compensation decisions are made independently and consistent with the plan.

In *Lopez v. Nudelman*, (CTI BioPharma Corp.), 14-2-18941-9 SEA (Wash. Super. Ct. King Cnty. 2015), we recovered approximately $3.5 million in excess compensation given to directors and obtained the adoption of a cap on director compensation, as well as other formal corporate governance procedures designed to implement best practices with regard to director and executive compensation.

> *"I think you've done a superb job and I really appreciate the way this case was handled."*
>
> – Judge Ronald B. Rubin in *Teoh v. Ferrantino*, C.A. No. 356627 (Cir. Ct. for Montgomery Cty., MD 2012).

In *In re i2 Technologies, Inc. Shareholder Litigation*, C.A. No. 4003-CC (Del. Ch. 2008), as Counsel for the Lead Plaintiff, we challenged the fairness of certain asset sales made by the company and secured a $4 million recovery.

In *In re Activision, Inc. Shareholder Derivative Litigation*, No. 06-cv-04771-MRP (JTLX) (C.D. Cal. 2008), we were Co-Lead Counsel and challenged executive compensation related to the dating of options. This effort resulted in the recovery of more than $24 million in excessive compensation and expenses, as well as the implementation of substantial corporate governance changes.

In *In re Corinthian Colleges, Inc. Shareholder Derivative Litigation*, 8:06cv777-AHS (C.D. Cal. 2006), we were Co-Lead Counsel and achieved a $2 million benefit for the company, resulting in the re-pricing of executive stock options and the establishment of extensive corporate governance changes.

In *Pfeiffer v. Alpert (Beazer Homes Derivative Litigation)*, C.A. No. 10-cv-1063-PD (D. Del. 2010), we successfully challenged certain aspects of the company's executive compensation structure, ultimately forcing the company to improve its compensation practices.

## LEVI&KORSINSKY LLP
NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

In *In re Cincinnati Bell, Inc., Derivative Litigation*, Case No. A1105305 (Ohio, Hamilton Cty. 2012), we achieved significant corporate governance changes and enhancements related to the company's compensation policies and practices in order to better align executive compensation with company performance. Reforms included the formation of an entirely independent compensation committee with staggered terms and term limits for service.

In *Woodford v. Mizel (M.D.C. Holdings, Inc.)*, 1:2011cv00879 (D. Del. 2012), we challenged excessive executive compensation, ultimately obtaining millions of dollars in reductions of that compensation, as well as corporate governance enhancements designed to implement best practices with regard to executive compensation and increased shareholder input.

In *Bader v. Goldman Sachs Group, Inc.*, No. 10-4364-cv, 2011 WL 6318037 (2d Cir. Dec. 19, 2011), we persuaded the Second Circuit Court of Appeals to reverse the District Court's dismissal of derivative claims seeking to recover excessive compensation granted to officers and directors of Goldman Sachs.

In *In re Google Inc. Class C Shareholder Litigation*, C.A. No. 7469-CS (Del. Ch. 2012), we challenged a stock recapitalization transaction to create a new class of nonvoting shares and strengthen the corporate control of the Google founders. We helped achieve an agreement that provided an adjustment payment to shareholders in the event of certain discounts in the price of Google stock, and provided enhanced board scrutiny of the Google founders' ability to transfer stock, including the implementation of a new procedure for a waiver or modification of the founders' Transfer Restriction Agreement.


## Securities Fraud Class Actions

We prosecute claims on behalf of investors to recover losses suffered as a result of securities fraud, including the manipulation of a company's stock price by its executives, officers, directors, and advisors such as underwriters and accountants, through the issuance of false and misleading information. Our firm has been appointed Lead Counsel in numerous class actions filed in both federal and state courts across the country.

In *E-Trade Financial Corp. Securities Litigation*, No. 07-cv-8538 (S.D.N.Y. 2007), we were selected from a crowded field as Co-Lead Counsel for a landmark securities fraud class action that arose out of the mortgage crisis. Our successful prosecution of the case resulted in a $79 million recovery for the shareholder class.

We have been appointed Lead or Co-Lead Counsel in the following securities class actions:

- *Magro v. Freeport-McMoran Inc.*, 2:16-cv-00186-DJH (D. Ariz. Aug. 19, 2016)
- *Margolis v. Fly Leasing Ltd.*, 1:16 cv-02220-WHP (S.D.N.Y. July 20, 2016)
- *Gormley v. magicJack VocalTec Ltd.*, 1:16-cv-01869-VM (S.D.N.Y. July 12, 2016)
- *Dillard v. Platform Specialty Products Corp.*, 9:16-cv-80490-DMM (S.D. Fla. June 29, 2016)
- *Plumley v. Sempra Energy*, 3:16-cv-00512-BEN-RBB (S. Cal. June 6, 2016)
- *In re Vital Therapies, Inc. Sec. Litig.*, 3:15-cv-02700-JLS-NLS (S.D. Cal. May 2, 2016)
- *De Vito v. Liquid Holdings Group, Inc.*, 2:15-cv-06969-KM-JBC (D.N.J. Apr. 7, 2016)
- *Cortina v. Anavex Life Sciences Corp.*, 1:15-cv-10162-JMF (S.D.N.Y. Apr. 5, 2016)
- *Ford v. Natural Health Trends Corp.*, 2:16-cv-00255-TJH-AFM (C.D. Cal. Mar. 29, 2016)
- *Bai v. TCP International Holdings Ltd.*, 1:16-cv-00102-DCN (N.D. Ohio Mar. 18, 2016)
- *Meier v. Checkpoint Systems, Inc.*, 1:15-cv-08007 (D.N.J.) (Jan. 1, 2016)
- *Messner v. USA Technologies, Inc.*, 2:15-cv-05427-MAK (E.D. Pa. Dec. 15, 2015)
- *Levin v. Resource Capital Corp.*, 1:15-cv-07081-LLS (S.D.N.Y. Nov. 24, 2015)

## LEVI&KORSINSKY LLP
NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

- *Stephens v. Uranium Energy Corp.*, 4:15-cv-01862 (S.D. Tex.) (Oct. 15, 2015)
- *Messerli v. Root 9B Technologies, Inc.*, 1:15-cv-02152-WYD (D. Colo.) (Oct. 14, 2015)
- *Martin v. Altisource Residential Corp.*, 1:15-cv-00024 (D.V.I.) (Oct. 7, 2015)
- *Paggos v. Resonant, Inc.*, 2:15-cv-01970 SJO (VBKx) (C.D. Cal.) (Aug. 7, 2015)
- *Fragala v. 500.com Ltd.*, 2:15-cv-01463-MMM (C.D. Cal.) (July 7, 2015)
- *Stevens v. Quiksilver Inc.*, 8:15-cv-00516-JVS-JCGx. (C.D. Cal.) (June 26, 2015)
- *In re Ocean Power Technologies, Inc. Sec. Litig.*, 14-3799 (FLW) (LHG) (D.N.J.) (Mar. 17, 2015)
- *In re Energy Recovery Inc. Sec. Litig.*, 3:15-CV-00265 (N.D. Cal.) (Jan. 20, 2015)
- *Fialkov v. Alcobra Ltd.*, 1:14-cv-09906 (S.D.N.Y.) (Dec. 16, 2014)
- *Klein v. TD Ameritrade Holding Corp.*, 3:14-cv-05738 (D. Neb.) (Dec. 2, 2014)
- *Hyatt v. Vivint Solar Inc.*, 1:14-cv-09283 (S.D.N.Y.) (Nov. 21, 2014)
- *In re China Commercial Credit Sec. Litig.*, 1:15-cv-00557 (ALC) (D.N.J.) (Oct. 31, 2014)
- *In re Violin Memory, Inc. Sec. Litig.*, 4:13-cv-05486-YGR (N.D. Cal.) (Feb. 26, 2014)
- *Berry v. Kior, Inc.*, 4:13-cv-02443 (S.D. Tex. Nov. 25, 2013)
- *In re OCZ Technology Group, Inc. Sec. Litig.*, 3:12-cv-05265-RS (N.D. Cal. Jan. 4, 2013)
- *In re Digital Domain Media Group, Inc. Sec. Litig.*, 12-CIV-14333 (JEM) (S.D. Fla. Sept. 20, 2012)
- *Zaghian v. THQ, Inc.*, 2:12-cv-05227-GAF-JEM (C.D. Cal. Sept. 14, 2012)

## Consumer Litigation

Levi & Korsinsky works hard to protect consumers by holding corporations accountable for defective products, false and misleading advertising, overcharging, and unfair or deceptive business practices.

Our litigation and class action expertise combined with our in-depth understanding of federal and state laws enables us to fight for consumers who purchased defective products, including automobiles, appliances, electronic goods, and home products, as well as consumers who were deceived by consumer service providers such as banks and insurance, credit card, or phone companies.

In **NV Security, Inc. v. Fluke Networks**, Case No. CV05-4217 GW (SSx) (C.D. Cal. 2005), we negotiated a settlement on behalf of purchasers of Test Set telephones in an action alleging that the Test Sets contained a defective 3-volt battery. We benefited the consumer class by obtaining the following relief: free repair of the 3-volt battery, reimbursement for certain prior repair, an advisory concerning the 3-volt battery on the outside of packages of new Test Sets, an agreement that defendants would cease to market and/or sell certain Test Sets, and a 42-month warranty on the 3-volt battery contained in certain devices sold in the future.

In **Bustos v. Vonage America, Inc.**, Case No. 06 Civ. 2308 (HAA) (D.N.J. 2006), our firm achieved a common fund settlement of $1.75 million on behalf of class members who purchased Vonage Fax Service in an action alleging that Vonage made false and misleading statements in the marketing, advertising, and sale of Vonage Fax Service by failing to inform consumers that the protocol Defendant used for the Vonage Fax Service was unreliable and unsuitable for facsimile communications.

In **Masterson v. Canon U.S.A.**, Case No. BC340740 (Cal. Super. Ct. L.A. Cty. 2006), we represented purchasers of Cannon SD Cameras in an action alleging that liquid crystal display ("LCD") screens on Cannon SD Cameras cracked, broke, or otherwise malfunctioned, and obtained refunds for certain broken LCD repair charges and important changes to the product warranty.

## LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

**OUR ATTORNEYS**

**Joseph E. Levi,** *Managing Partner*

Joseph E. Levi is a central figure in shaping and managing the Firm's securities litigation practice. Mr. Levi has been lead or co-lead in dozens of cases involving the enforcement of shareholder rights in the context of mergers & acquisitions and securities fraud. In addition to his involvement in class action litigation, he has represented numerous patent holders in enforcing their patent rights in areas including computer hardware, software, communications, and information processing, and has been instrumental in obtaining substantial awards and settlements.

Mr. Levi and the attorneys achieved success on behalf of the former shareholders of Occam Networks, Inc. in ongoing litigation challenging the Company's merger with Calix, Inc., obtaining a preliminary injunction against the merger due to material representations and omissions in the proxy statement by which the shareholders were solicited to vote. See *Steinhardt v. Howard-Anderson*, No. 5878-VCL (Del. Ch. Jan. 24, 2011). Vigorous litigation efforts are continuing to recover money damages for the shareholders.

Another victory for Mr. Levi and the attorneys was in litigation challenging the acquisition of Health Grades, Inc. by affiliates of Vestar Capital Partners, L.P., where it was successfully demonstrated to the Delaware Court of Chancery that the defendants had likely breached their fiduciary duties to Health Grades' shareholders by failing to maximize value as required by *Revlon, Inc. v. MacAndrews & Forbes Holdings, Inc.*, 506 A.2d 173 (Del. 1986). See *Weigard v. Hicks*, No. 5732-VCS (Del. Ch. Sept. 3, 2010). This ruling was used to reach a favorable settlement in which defendants agreed to a host of measures designed to increase the likelihood of superior bid. Vice Chancellor Strine "applaud[ed]" the litigation team for their preparation and the extraordinary high-quality of the briefing. He and the attorneys also played a prominent role in the matter of *In re CNX Gas Corp. Shareholders Litigation*, C.A. No. 5377-VCL (Del. Ch. 2010), in which plaintiffs recovered a common fund of over $42.7 million for stockholders.

Education

- Brooklyn Law School, J.D. (1995), *magna cum laude*
- Polytechnic University, B.S. (1984), *summa cum laude*, MS (1986)

Admissions

- New York (1996)
- New Jersey (1996)
- United States Patent and Trademark Office (1997)
- United States District Court for the Southern District of New York (1997)
- United States District Court for the Eastern District of New York (1997)

**Eduard Korsinsky,** *Managing Partner*

For more than 17 years Eduard Korsinsky has represented clients in securities cases, derivative actions, consumer fraud, and complex commercial matters. He has been named a New York "Super Lawyer" by Thompson Reuters and is recognized as one of the country's leading practitioners in class and derivative matters. Mr. Korsinsky also has served as an editor of the American Bar Association's Securities Litigation Section's newsletter and is a member of the American Bar Association's Derivative Suits Subcommittee.

Cases which he has litigated include:

- *E-Trade Financial Corp. Sec. Litig.*, No. 07-cv-8538 (S.D.N.Y. 2007), $79 million recovery

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

- *In re Activision, Inc. S'holder Derivative Litig.*, No. 06-cv-04771-MRP (JTLX)(C.D. Cal. 2006), recovered $24 million in excess compensation
- *Corinthian Colleges, Inc., S'holder Derivative Litig.*, SACV-06-0777-AHS (C.D. Cal. 2009), obtained re-pricing of executive stock options providing more than $2 million in benefits to the company
- *Pfeiffer v. Toll,* C.A. No. 4140-VCL (Del. Ch. 2010), $16.25 million in insider trading profits recovered
- *In re Net2Phone, Inc. S'holder Litig.*, Case No. 1467-N (Del. Ch. 2005), obtained increase in tender offer price from $1.70 per share to $2.05 per share
- *In re Pamrapo Bancorp S'holder Litig.*, C-89-09 (N.J. Ch. Hudson Cty. 2011) & HUD-L-3608-12 (N.J. Law Div. Hudson Cty. 2015), obtained supplemental disclosures following the filing of a motion for preliminary injunction, pursued case post-closing, defeated motion for summary judgment, and obtained an increase in consideration of between 15-23% for the members of the Class
- *In re Google Inc. Class C S'holder Litig.*, C.A. No. 19786 (Del. Ch. 2012), obtained payment ladder indemnifying investors up to $8 billion in losses stemming from trading discounts expected to affect the new stock
- *Woodford v. M.D.C. Holdings, Inc.*, 1:2011cv00879 (D. Del. 2012), one of a few successful challenges to say on pay voting, recovered millions of dollars in reductions to compensation
- *i2 Technologies, Inc. S'holder Litig.*, C.A. No. 4003-CC (Del. Ch. 2008), $4 million recovered, challenging fairness of certain asset sales made by the company
- *Pfeiffer v. Alpert (Beazer Homes)*, C.A. No. 10-cv-1063-PD (D. Del. 2011), obtained substantial revisions to an unlawful executive compensation structure
- *In re NCS Healthcare, Inc. Sec. Litig.*, C.A. CA 19786, (Del. Ch. 2002), case settled for approximately $100 million
- *Paraschos v. YBM Magnex International, Inc.*, No. 98-CV-6444 (E.D. Pa.), United States and Canadian cases settled for $85 million Canadian

Education

- New York University School of Law, LL.M. (1997) Master of Law(s) Taxation
- Brooklyn Law School, J.D. (1995)
- Brooklyn College, B.S. (1992) *summa cum laude*, Accounting

Admissions

- New York (1996)
- New Jersey (1996)
- United States District Court for the Southern District of New York (1998)
- United States District Court for the Eastern District of New York (1998)
- United States Court of Appeals for the Second Circuit (2006)
- United States Court of Appeals for the Third Circuit (2010)
- United States District Court for the Northern District of New York (2011)
- United States District Court of New Jersey (2012)

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

- United States Court of Appeals for the Sixth Circuit (2013)

Publications

- Delaware Court Dismisses Compensation Case Against Goldman Sachs, ABA Section of Securities Litigation News & Developments (Nov. 7, 2011)
- SDNY Questions SEC Settlement Practices in Citigroup Settlement, ABA Section of Securities Litigation News & Developments (Nov. 7, 2011)
- New York Court Dismisses Shareholder Suit Against Goldman Sachs, ABA Section of Securities Litigation News & Developments (Oct. 31, 2011)

### Donald J. Enright, *Partner*

During his 20 years as a litigator and trial lawyer, Mr. Enright has handled matters in the fields of securities, commodities, consumer fraud and commercial litigation, with a particular emphasis on shareholder M&A and securities fraud class action litigation. He has been named as a Washington, D.C. "Super Lawyer" by Thomson Reuters for several consecutive years, and as one of Washington's "Top Lawyers" by *Washingtonian* magazine.

Mr. Enright has shown a track record of achieving victories in federal trials and appeals, including:

- ***Nathenson v. Zonagen, Inc.***, 267 F. 3d 400, 413 (5th Cir. 2001)
- ***SEC v. Butler***, 2005 U.S. Dist. LEXIS 7194 (W.D. Pa. April 18, 2005)
- ***Belizan v. Hershon***, 434 F. 3d 579 (D.C. Cir. 2006)

Most recently, as Co-Lead Counsel in ***In re Bluegreen Corp. Shareholder Litigation***, Case No. 502011CA018111 (Cir. Ct. for Palm Beach Cnty., Fla.), Mr. Enright achieved a $36.5 million common fund settlement in the wake of a majority shareholder buyout, representing a 25% increase in total consideration to the minority stockholders. Similarly, in ***In re CNX Gas Corp. Shareholders Litigation***, C.A. No. 53377-VCL (Del. Ch. 2010), in which Levi & Korsinsky served upon plaintiffs' Executive Committee, Mr. Enright helped obtain the recovery of a common fund of over $42.7 million for stockholders.

Mr. Enright has also played a leadership role in numerous securities and shareholder class actions from inception to conclusion. His leadership has produced multi-million dollar recoveries in shareholder class actions involving such companies as:

- Allied Irish Banks PLC
- Iridium World Communications, Ltd.
- En Pointe Technologies, Inc.
- PriceSmart, Inc.
- Polk Audio, Inc.
- Meade Instruments Corp.
- Xicor, Inc.
- Streamlogic Corp.
- Interbank Funding Corp.
- Riggs National Corp.
- UTStarcom, Inc.

9

**LEVI&KORSINSKY LLP**

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

- Manugistics Group, Inc.

Mr. Enright also has a successful track record of obtaining injunctive relief in connection with shareholder M&A litigation, having won preliminary injunctions or other injunctive relief in the cases of:

- *In re Portec Rail Products, Inc. S'holder Litig.*, G.D. 10-3547 (Ct. Com. Pleas Pa. 2010)
- *In re Craftmade International, Inc. S'holder Litig.*, C.A. No. 6950-VCL (Del. Ch. 2011)
- *Dias v. Purches*, C.A. No. 7199-VCG (Del. Ch. 2012)
- *In re Complete Genomics, Inc. S'holder Litig.*, C.A. No. 7888-VCL (Del. Ch. 2012)
- *In re Integrated Silicon Solution, Inc. Stockholder Litig.*, Lead Case No. 115CV279142 (Sup. Ct. Santa Clara, CA 2015)

Mr. Enright has also demonstrated considerable success in obtaining deal price increases for shareholders in M&A litigation. As Co-Lead Counsel in the matter of *In re Great Wolf Resorts, Inc. Shareholder Litigation*, C.A. No. 7328-VCN (Del. Ch. 2012), Mr. Enright was partially responsible for a $93 million (57%) increase in merger consideration and waiver of several "don't-ask-don't-waive" standstill agreements that were precluding certain potential bidders from making a topping bid for the company.

Similarly, Mr. Enright served as Co-Lead Counsel in the case of *Berger v. Life Sciences Research, Inc.*, No. SOM-C-12006-09 (NJ Sup. Ct. 2009), which caused a significant increase in the transaction price from $7.50 to $8.50 per share, representing additional consideration for shareholders of approximately $11.5 million.

And most recently, representing a substantial institutional investor, Mr. Enright served as Co-Lead Counsel in *Minerva Group, LP v. Keane*, Index No. 800621/2013 (NY Sup. Ct. of Erie Cnty.), and obtained a settlement in which Defendants increased the price of an insider buyout from $8.40 to $9.25 per share.

The courts have consistently recognized and praised the quality of Mr. Enright's work. In *In re Interbank Funding Corp. Securities Litigation* (D.D.C. 02-1490), Judge Bates of the United States District Court for the District of Columbia observed that Mr. Enright had "...skillfully, efficiently, and zealously represented the class, and... worked relentlessly throughout the course of the case."

Similarly, in *Freeland v. Iridium World Communications*, LTD, (D.D.C. 99-1002), Judge Nanette Laughrey stated that Mr. Enright had done "an outstanding job" in connection with the recovery of $43.1 million for the shareholder class.

In *In re Schuff International Shareholders Litigation*, C.A. No. 10323-VCL (Del. Ch. 2015), Vice Chancellor J. Travis Laster stated that Mr. Enright and LK "have done an excellent job in this Court getting results."

And, in the matter of *Osieczanek v. Thomas Properties Group*, C.A. No. 9029-VCG (Del. Ch. 2013), Vice Chancellor Sam Glasscock of the Chancery Court of Delaware observed that "it's always a pleasure to have counsel [like Mr. Enright] who are articulate and exuberant in presenting their position," and that Mr. Enright's prosecution of a merger case was "wholesome" and served as "a model of . . . plaintiffs' litigation in the merger arena."

Education

- George Washington University School of Law, J.D. (1996), where he was a Member Editor of The George Washington University Journal of International Law and Economics from 1994 to 1996
- Drew University, B.A. (1993) *cum laude*, Political Science and Economics

Admissions

- Maryland (1996)

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

- New Jersey (1996)
- United States District Court for the District of Maryland (1997)
- United States District Court for the District of New Jersey (1997)
- District of Columbia (1999)
- United States Court of Appeals for the Fourth Circuit (1999)
- United States Court of Appeals for the Fifth Circuit (1999)
- United States District Court for the District of Columbia (1999)
- United States Court of Appeals for the District of Columbia (2004)
- United States Court of Appeals for the Second Circuit (2005)
- United States Court of Appeals for the Third Circuit (2006)

Publications

- "SEC Enforcement Actions and Investigations in Private and Public Offerings," Securities: Public and Private Offerings, Second Edition, West Publishing 2007
- "Dura Pharmaceuticals: Loss Causation Redefined or Merely Clarified?" J. Tax'n & Reg. Fin. Inst. September/October 2007, Page 5

### Nicholas I. Porritt, *Partner*

Nicholas I. Porritt prosecutes securities class actions, shareholder class actions, derivative actions, and mergers and acquisitions litigation. He has extensive experience representing plaintiffs and defendants in a wide variety of complex commercial litigation, including civil fraud, breach of contract, and professional malpractice, as well as defending SEC investigations and enforcement actions. Mr. Porritt has helped recover hundreds of millions of dollars on behalf of shareholders. He was one of the Lead Counsel in *In re Google Inc. Class C Shareholder Litigation*, C.A. No. 7469-CS (Del. Ch. 2012) that resulted in a payment of $422 million to shareholders and overall benefit of over $3 billion to Google's minority shareholders. Some of Mr. Porritt's cases include:

- *Cozzarelli v. Inspire Pharmaceuticals, Inc.*, 549 F.3d 618 (4th Cir. 2008)
- *Teachers' Retirement System of Louisiana v. Hunter*, 477 F.3d 162 (4th Cir. 2007)
- *In re PEC Solutions, Inc. Sec. Litig.*, 418 F.3d 379 (4th Cir. 2005)
- *Carlton v. Cannon*, ___ F. Supp. 3d ___, 2016 U.S. Dist. LEXIS 59397 (S.D. Tex. May 4, 2016)
- *Zola v. TD Ameritrade, Inc.*, ___ F. Supp. 3d ___, 2016 U.S. Dist. LEXIS 37803 (D. Neb. Mar. 23, 2016)
- *In re Energy Recovery Sec. Litig.*, 2016 U.S. Dist. LEXIS 9781 (N.D. Cal. Jan. 27, 2016)
- *In re EZCorp Inc. Consulting Agreement Deriv. Litig.*, 2016 Del. Ch. LEXIS 14 (Del. Ch. Jan. 25, 2016)
- *In re Violin Memory Sec. Litig.*, 2014 U.S. Dist. LEXIS 155428 (N.D. Cal. Oct. 31, 2014)
- *Garnitschnig v. Horovitz*, 48 F. Supp. 3d 820 (D. Md. 2014)

Mr. Porritt is also qualified as a Solicitor of the Senior Courts of England & Wales and advises international clients in the United States and Europe on the recovery of losses suffered to their investment portfolios attributable to financial fraud or other misconduct, including participation in shareholder class actions and other representative litigation in the Unites States, England, and in other jurisdictions.

Before joining the Firm, Mr. Porritt practiced as a partner at Akin Gump Strauss Hauer & Feld LLP and prior to that was a partner at Wilson Sonsini Goodrich & Rosati PC.

### LEVI&KORSINSKY LLP
NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

Education

- University of Chicago Law School, J.D. (1996) with honors
- University of Chicago Law School, LL.M. (1993)
- Victoria University of Wellington, LL.B. (Hons.) (1990) with First Class Honors, Senior Scholarship

Admissions

- New York (1997)
- District of Columbia (1998)
- United States District Court for the District of Columbia (1999)
- United States District Court for the Southern District of New York (2004)
- United States Court of Appeals for the Fourth Circuit (2004)
- United States Court of Appeals for the Eleventh Circuit (2004)
- United States Court of Appeals for the District of Columbia Circuit (2006)
- United States Supreme Court (2006)
- United States District Court for the District of Maryland (2007)
- United States District Court for the Eastern District of New York (2012)
- United States Court of Appeals for the Second Circuit (2014)
- United States Court of Appeals for the Ninth Circuit (2015)
- United States District Court for the District of Colorado (2015)

### Shannon L. Hopkins, *Partner*

Shannon L. Hopkins manages the Firm's Connecticut office. She was selected in 2013 as a New York "Super Lawyer" by Thomson Reuters. For more than a decade Ms. Hopkins has been prosecuting a wide range of complex class action matters in securities fraud, mergers and acquisitions, and consumer fraud litigation on behalf of individuals and large institutional clients. Ms. Hopkins has played a lead role in numerous shareholder securities fraud and merger and acquisition matters and has been involved in recovering multi-million dollar settlements on behalf of shareholders, including:

- *In re Force Protection, Inc. S'holder Litig.*, C.A. No. A-11-651336-B (D. Nev. 2015), $11 million shareholder recovery
- *Craig Telke v. New Frontier Media, Inc.*, C.A. No. 1:12-cv-02941-JLK (D. Co. 2015),  $2.25 million shareholder recovery
- *Shona Investments v. Callisto Pharmaceuticals, Inc.*, C.A. No. 652783/2012 (NY Sup. Ct. 2015), shareholder recovery of $2.5 million and increase in exchange ratio from 0.1700 to 0.1799
- *E-Trade Financial Corp. S'holder Litig.*, No. 07-cv-8538 (S.D.N.Y. 2007), $79 million recovery for the shareholder class
- *In re Cogent, Inc. S'holder Litig.*, C.A. No. 5780-VCP (Del. Ch. 2010), $1.9 million shareholder recovery and corrective disclosures relating to the Merger
- *In re CMS Energy Sec. Litig.*, Civil No. 02 CV 72004 (GCS) (E.D. Mich. Sept. 6, 2007), $200 million recovery

- *In re Sears, Roebuck and Co. Sec. Litig.*, No. 02-cv-07527 (N.D. Ill. Jan. 8, 2007), $200 million recovery
- *In re El Paso Electric Co. Sec. Litig.*, C.A. No. 3:03-cv-00004-DB (W.D. Tex. Sept. 15, 2005), $10 million recovery
- *In re Novastar Fin. Sec. Litig.*, 4:04-cv-00330-ODS (W.D. Mo. Apr. 14, 2009), $7.25 million recovery

The quality of Ms. Hopkin's work has been noted by courts. In *In re Health Grades, Inc. Shareholder Litigation*, C.A. No. 5716-VCS (Del. Ch. 2010), where Ms. Hopkins was significantly involved with the briefing of the preliminary injunction motion, then Vice Chancellor Strine "applaud[ed]" Co-Lead Counsel for their preparation and the extraordinary high-quality of the briefing.

In addition to her legal practice, Ms. Hopkins is a Certified Public Accountant (1998 Massachusetts). Prior to becoming an attorney, Ms. Hopkins was a senior auditor with PricewaterhouseCoopers LLP, where she led audit engagements for large publicly held companies in a variety of industries.

Education

- Suffolk University Law School, J.D. (2003) *magna cum laude*, where she served on the Journal for High Technology and as Vice Magister of the Phi Delta Phi International Honors Fraternity
- Bryant University, B.S.B.A., (1995) *cum laude*, Accounting and Finance, where she was elected to the Beta Gamma Sigma Honor Society

Admissions

- Massachusetts (2003)
- United States District Court for the District of Massachusetts (2004)
- New York (2004)
- United States District Court for the Southern District of New York (2004)
- United States District Court for the Eastern District of New York (2004)
- United States District Court for the District of Colorado (2004)
- United States Court of Appeals for the First Circuit (2008)
- United States Court of Appeals for the Third Circuit (2010)
- Connecticut (2013)

Publications

- Cybercrime Convention: A Positive Beginning to a Long Road Ahead, 2 J. High Tech. L. 101 (2003)

## Shane T. Rowley, *Partner*

Shane T. Rowley has represented clients in class actions since 1991. Mr. Rowley has amassed extensive experience in complex litigation. In *Brickell Partners v. Emerging Communications, Inc.*, C.A. No. 16415 (Del. Ch. 1998), Mr. Rowley, as sole class counsel in conjunction with counsel for a co-litigant hedge fund, was instrumental in establishing new law and new standards for determining the fiduciary duties of corporate directors, especially directors that have specialized backgrounds (such as accountants, lawyers, financial experts, etc.). He was named as 2014 NY Metro Super Lawyer by Super Lawyers.

The Brickell Partners action was litigated vigorously by Mr. Rowley for over four years, including a six week trial, after which the Court returned a verdict in favor of plaintiff. The landmark decision is now reported as

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

*In re Emerging Communications., Inc. Shareholders Litigation*, C.A. No. 16415, 2004 Del. Ch. LEXIS 70 (Del. Ch., May 3, 2004).

Mr. Rowley has recovered hundreds of millions of dollars for shareholders of publicly traded companies. In *Rice v. Lafarge North America, Inc.*, No. 268974-V (Md. Cir. Ct. Montgomery Cty. 2007), as Co-Lead Counsel, he represented the public shareholders of Lafarge North America ("LNA") in challenging the buyout of LNA by its French parent, Lafarge S.A., at the original offer price of $75 per share. Following discovery and extensive injunction motion practice by Mr. Rowley and his co-counsel, the price per share was increased from $75 to $85.50 per share, representing a total benefit to the public shareholders of $388 million.

In *In re Fox Entertainment Group, Inc. Shareholders Litigation*, Consolidated C.A. No. 1033-N (Del. Ch. 2005), Mr. Rowley, as Co-Lead Counsel, was responsible for creating an increased offer price from the original proposal to shareholders, which represented an increased benefit to Fox Entertainment Group, Inc. shareholders of $450 million.

Mr. Rowley is a citizen of the United States of America and Ireland and is admitted to practice in both countries.

Education

- Honorable Society of Kings Inns, Dublin, B.L. (1989)
- Trinity College (Dublin, Ireland), LL.B. (1987)

Admissions

- New York (1990)
- United States District Courts for the Eastern District of New York (1993)
- United States District Courts for the Southern District of New York (1993)
- United States District Court for the District of Colorado (1999)

*Then Vice Chancellor Leo E. Strine, Jr. praised the "exceedingly measured and logical" argument in* Forgo v. Health Grades, Inc., *C.A. No. 5716-VCS (Del. Ch. 2010).*

## Michael H. Rosner, *Partner*

Michael H. Rosner focuses his practice on representing shareholders of public companies in class action and derivative litigation seeking recovery for corporate wrongdoing, particularly with respect to mergers and acquisitions and executive compensation. He was selected as a "Rising Star" by Super Lawyers in 2014.

Recent successes on behalf of shareholders include the obtaining of a preliminary injunction against the merger of Occam Networks, Inc. and Calix, Inc., due to material misrepresentations and omissions in the proxy statement by which the shareholders were solicited to vote for the merger. See *Steinhardt v. Howard-Anderson*, No. 5878-VCL (Del. Ch. Jan. 24, 2011). Mr. Rosner continues to lead the litigation effort on behalf of former Occam shareholders to recover money damages for alleged breaches of fiduciary duty by Occam's Board of Directors in connection with the merger.

Another of Mr. Rosner's recent victories for shareholders was in litigation challenging the acquisition of Health Grades, Inc. by affiliates of Vestar Capital Partners, L.P. In that case, Mr. Rosner and his co-counsel

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

successfully demonstrated to the Delaware Court of Chancery that the defendants had likely breached their fiduciary duties to Health Grades' shareholders by failing to maximize value as required by **Revlon, Inc. v. MacAndrews & Forbes Holdings, Inc.**, 506 A.2d 173 (Del. 1986). See **Weigard v. Hicks**, No. 5732-VCS (Del. Ch. Sept. 3, 2010) ("Health Grades").

Using the Court's favorable ruling, Mr. Rosner and co-counsel in Health Grades were successful in reaching a settlement in which defendants agreed to, among other things, modify the merger agreement (including by reducing the termination fee, imposing a "majority of the minority" requirement, and reducing the period of notice to the buyer before Health Grades could enter into a superior proposal), as well as to create and empower an independent committee, extend the tender offer so as to allow other potential bidders an opportunity to make a competing bid, and issue a "Fort Howard" press release affirmatively stating that the company "will provide information to, and engage and participate in good faith discussions and negotiations with, any third party" making a bona fide written acquisition proposal. Vice Chancellor Strine "applaud[ed]" Mr. Rosner and co-counsel for their preparation and the extraordinarily high quality of the briefing.

Mr. Rosner has also had success at the appellate level, persuading the Second Circuit Court of Appeals to reverse a district court's dismissal of derivative claims seeking to recover excessive compensation granted to officers and directors of Goldman Sachs. See **Bader v. Goldman Sachs Group, Inc.**, No. 10-4364-cv, 2011 WL 6318037 (2d Cir. Dec. 19, 2011).

Prior to joining the Firm, Mr. Rosner practiced as an associate at Sullivan & Cromwell (2000-2006).

Education

- Fordham University School of Law, J.D. (2000) *magna cum laude*, where he served on the Fordham Law Review and was President of the Chess Club
- State University of New York at Albany, B.A. (1997) *summa cum laude*, where he was elected to Phi Beta Kappa

Admissions

- New York (2001)
- United States District Court for the Southern District of New York (2001)
- United States District Court for the Eastern District of New York (2001)
- United States Court of Appeals for the Second Circuit (2005)
- United States District Court for the Eastern District of Michigan (2016)

Publications

- Co-authored "Seeking Subprime Solutions: Fed Action, Legislation and Litigation Address the Subprime Mess," Global Securitization Guide (May 2008)
- Co-authored "Legislative and Regulatory Developments in U.S. Securitizations," Global Securitization Guide (May 2007)
- Assisted in the preparation of "Pay, Performance and Proxies: The Latest in Executive Compensation," Fund Management Legal & Regulatory Report (March 2007)

## LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

### Lori G. Feldman, *Partner*

Lori G. Feldman provides strong legal representation to victims of consumer fraud and breaches of fiduciary duty under the Employment Retirement Income Security Act of 1974 (ERISA). She holds violators of consumer and investor trust accountable through the vigorous prosecution of class action litigation. She has over 20 years of class action experience litigating diverse claims against large and powerful corporations and has recovered more than $100 million on behalf of her clients.  Her national, federal, and state court practice has helped to shape class action law and earned her recognition as a Super Lawyer in the NY Metro area from 2011-2016.

She is bi-coastally licensed in New York and Washington States and is admitted to practice in federal districts and appellate courts across the country.

Prior to joining the firm, Ms. Feldman spent many years as a Partner of a nationally-recognized plaintiffs' class action practice. She is a member of numerous bar and legal associations, and sits on the Board of The Glaucoma Foundation.

Education

- Albany Law School, Union University, J.D. (1990), where she served as a member of the Albany Law Review
- State University of New York at Albany, B.A. (1987) *magna cum laude*, Criminal Justice, Biology Minor

Admissions

- New York (1991)
- United States District Court for the Southern District of New York (1991)
- United States District Court for the Eastern District of New York (1991)
- United States District Court for the Western District of Washington (1999)
- Washington (1999)
- United States District Court for the District of Colorado (2002)
- United States Court of Appeals for the Ninth Circuit (2006)
- United States District Court for the Eastern District of Michigan (2006)
- United States Court of Appeals for the Seventh Circuit (2008)
- United States Court of Appeals for the First Circuit (2013)
- United States Court of Appeals for the Second Circuit (2013)
- United States Court of Appeals for the Fifth Circuit (2013)

### Nancy A. Kulesa, *Partner*

Nancy A. Kulesa has extensive experience in complex litigation in federal and state courts, including securities litigation, Employee Retirement Income Security Act of 1974 (ERISA) litigation, consumer fraud litigation, mergers and acquisitions cases, and antitrust litigation.

Ms. Kulesa is involved in all of the Firm's practice areas, with a primary focus on securities litigation and institutional investor relations. She directs the Firm's Portfolio Monitoring Services and assists clients in identifying material losses in their securities portfolios caused by corporate wrongdoing. She consults with

investors regarding securities litigation, corporate governance, and shareholder rights. She has been involved in numerous securities fraud litigations which have recovered millions of dollars for shareholders, including:

- *In re CIT Group Sec. Litig.*, 1:08-06613 (S.D.N.Y. 2008), $75 million

- *Klugmann v. American Capital Ltd.*, 09-cv-0005 (D. Md. 2009), $18 million

- *In re Nuvelo, Inc. Sec. Litig.*, 07-cv-4056 (N.D. Cal. 2007), $8.9 million

- *Bauer v. Prudential, Inc.*, 09-cv-1120 (JLL) (D.N.J. 2009), $16.5 million

Prior to joining the Firm, Ms. Kulesa practiced at Izard Nobel, LLP, where she represented investors in securities class actions and employees under ERISA. Ms. Kulesa has experience in representing corporations seeking antitrust clearance of mergers and acquisitions and has also handled commercial litigation matters and contractual disputes.

Education

- University of Connecticut School of Law, J.D. (2001)

- Fordham University, B.A. (1998), International Politics

Admissions

- Connecticut (2001)

- United States District Court for the District of Connecticut (2004)

- United States District Court for the Southern District of New York (2015)

- United States Court of Appeals for the Ninth Circuit (2016)

> *Vice Chancellor Sam Glasscock said "it's always a pleasure to have counsel [from Levi & Korsinsky] who are articulate and exuberant..." and referred to our approach to merger litigation as "wholesome" and "a model of... plaintiffs' litigation in the merger arena."*
>
> Vice Chancellor Sam Glasscock, in *Ocieczanek v. Thomas Properties Group*, C.A. No. 9029-VCG (Del. Ch. 2014)

**Elizabeth K. Tripodi**, *Partner*

Elizabeth K. Tripodi focuses her practice on shareholder M&A litigation, representing shareholders of public companies impacted by mergers, acquisitions, tender offers, and other change-in-control transactions. Ms. Tripodi has been named as a Washington, DC "Super Lawyer" and was selected as a "Rising Star" by Thomson Reuters for several consecutive years.

Ms. Tripodi has played a lead role in obtaining monetary *recoveries* for shareholders in M&A litigation:

- *In re Bluegreen Corp. S'holder Litig.*, Case No. 502011CA018111 (Circuit Ct. for Palm Beach Cty., FL), creation of a $36.5 million common fund settlement in the wake of a majority shareholder buyout, representing a 25% increase in total consideration to the minority stockholders

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

- *In re Cybex International S'holder Litig*, Index No. 653794/2012 (N.Y. Sup. Ct. 2014), recovery of $1.8 million common fund, which represented an 8% increase in stockholder consideration in connection with management-led cash-out merger
- *In re Great Wolf Resorts, Inc. S'holder Litig*, C.A. No. 7328-VCN (Del. Ch. 2012), where there was a $93 million (57%) increase in merger consideration
- *Minerva Group, LP v. Keane*, Index No. 800621/2013 (N.Y. Sup. Ct. 2013), settlement in which Defendants increased the price of an insider buyout from $8.40 to $9.25 per share

Ms. Tripodi has played a key role in obtaining injunctive relief while representing shareholders in connection with M&A litigation, including obtaining preliminary injunctions or other injunctive relief in the following actions:

- *In re Portec Rail Products, Inc. S'holder Litig*, G.D. 10-3547 (Ct. Com. Pleas Pa. 2010)
- *In re Craftmade International, Inc. S'holder Litig*, C.A. No. 6950-VCL (Del. Ch. 2011)
- *Dias v. Purches*, C.A. No. 7199-VCG (Del. Ch. 2012)
- *In re Complete Genomics, Inc. S'holder Litig*, C.A. No. 7888-VCL (Del. Ch. 2012)
- *In re Integrated Silicon Solution, Inc. Stockholder Litig.*, Lead Case No. 115CV279142 (Sup. Ct. Santa Clara, CA 2015)

Prior to joining Levi & Korsinsky LLP, Ms. Tripodi was a member of the litigation team that served as Lead Counsel in, and was responsible for, the successful prosecution of numerous class actions, including: *Rudolph v. UTStarcom* (stock option backdating litigation obtaining a $9.5 million settlement); *Grecian v. Meade Instruments* (stock option backdating litigation obtaining a $3.5 million settlement).

*In appointing the Firm Lead Counsel in Zaghian v. THQ, Inc.,*
*2:12-cv-05227-GAF-JEM (C.D. Cal. Sept. 14, 2012),*
*The Honorable Gary Allen Feess cited the Firms' "significant prior*
*experience in securities litigation and complex class actions."*

Education

- American University Washington College of Law (2006), *cum laude*, where she served as Editor in Chief of the Business Law Brief, was a member of the National Environmental Moot Court team, and interned for Environmental Enforcement Section at the Department of Justice
- Davidson College B.A. (2000) Art History

Admissions

- Virginia (2006)
- District of Columbia (2008)
- United States District Court for the Eastern District of Virginia (2006)
- United States District Court for the District of Columbia (2010)

LEVI&KORSINSKY LLP
NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

**Amy Miller**, *Of Counsel*

Amy Miller is Of Counsel with the Firm. Over the last fifteen years, Ms. Miller has represented clients in stockholder derivative law suits, corporate governance litigation, securities class actions, and appraisal proceedings. Ms. Miller currently prosecutes these cases on behalf of stockholders seeking accountability from corporate management on issues ranging from breach of fiduciary duties to corporate waste. Ms. Miller has secured significant monetary recoveries and corporate governance reforms on behalf of stockholders, including:

- *In re Jefferies Group, Inc. Shareholders Litigation*, C.A. No. 8059-CB (Del. Ch. 2015) ($70 million recovery)
- *In re News Corp. Shareholder Derivative Litigation*, C.A. No. 6285-VCN (Del. Ch. 2013) ($139 million recovery and a variety of corporate governance enhancements)
- *In re ACS Shareholder Litigation*, C.A. No. 4940-VCP (Del. Ch. 2010) ($69 million recovery)

Prior to joining the Firm, Ms. Miller practiced at Cadwalader, Wickersham & Taft LLP for more than seven years before working at two boutique plaintiffs firms in New York. While in law school, Ms. Miller participated in an externship with the Honorable George B. Daniels of the United States District Court for the Southern District of New York.

Education

- New York Law School, J.D., *summa cum laude* (2001), where she served as a Member & Articles Editor on the New York Law School Law Review, and was awarded Merit Based Scholarships from 1997 - 2001
- Boston University, B.A. *magna cum laude* (1995)

Admissions

- New York (2002)
- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of New York
- United States Court of Appeals for the Sixth Circuit

Publications

- Co-Author of "Coaches Should Stick to the Sidelines: Why the Federal Rules Should Track Delaware Rules Regarding Conferences Between Deponents and Counsel," used in conjunction with Practising Law Institute's Corporate Law and Practice Course Handbook Series

**Cecille B. Cargill**, *Associate*

Cecille B. Cargill manages the Firm's client development services. She advises shareholders of their rights related to securities litigation, complex class actions, and shareholder and derivative litigation, and also responds to shareholder inquiries pertaining to the Firm and specific cases.

Education

- Boston University School of Law, J.D. (1994)

## LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

- State University at Buffalo, B.A. (1990) History & Legal Studies

Admissions

- Massachusetts (1995)

### Julia J. Sun, *Associate*

Julia J. Sun represents investors in a variety of complex class actions, including securities class actions and shareholder derivative actions in federal and state courts. In particular, she represents shareholders in litigation arising from mergers and acquisitions.

Ms. Sun has played an important role in the prosecution of:

- ***Spahn v. Edward D. Jones & Co.***, 04 cv 00086 (HEA) (E.D. Mo. 2004), a federal class action alleging inadequate disclosure to clients of the company's "preferred funds program," which resulted in the successful recovery of $127.5 million for investors
- ***Bachman v. A.G. Edwards, Inc.***, Case No. 22052-01266-03 (Mo. Cir. Ct. St. Louis Cty. 2005), which alleged fiduciary breach and unjust enrichment, and resulted in a recovery for the class valued at $60 million
- ***Conditionally Certified Class of Certain Former Summit Bancorp Shareholders v. FleetBoston Financial Corporation***, C.A. 2:08-cv-04947-GEB-MCA (D.N.J. 2008), which charged defendants with violations of the Securities Act and recovered $5.5 million for the class

Ms. Sun was also responsible for the coordination of several complex actions under Section 36(b) of the Investment Company Act of 1940 and certain other federal and state laws, arising from the payment of excessive fees to investment advisers and distributors of large mutual fund families, including *Forsythe v. Massachusetts Financial Services Co.*, No. 04 cv 10584 (GAO) (D. Mass 2004) and *In re RS Funds*, 04 cv 3798 (JFM) (D. Md. 2004) (*In re Mutual Funds Investment Litigation*, MDL 1586, 04-MD-15863 (JFM)).

Education

- Brooklyn Law School, J.D. (2003)
- Barnard College, B.A. (1998)

Admissions

- New York (2004)
- New Jersey (2004)
- United States District Court for the District of New Jersey (2004)
- United States District Court for the Eastern District of New York (2006)
- United States District Court for the Southern District of New York (2006)

### Thomas M. Gottschlich, *Associate*

Thomas M. Gottschlich focuses on prosecuting shareholder, consumer, and anti-trust class actions. During law school, Mr. Gottschlich interned at the Department of Justice's Federal Tort Claims Act Section,

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

interned for the Honorable Ricardo M. Urbina at the U.S. District Court for the District of Columbia, and interned for the Honorable Mary Katherine Huffman at the Montgomery County, Ohio Court of Common Pleas.

Education

- American University Washington College of Law, J.D. (2009), where he was a member of the American University Law Review
- American University, B.A. (2005) International Studies, Spanish minor

Admissions

- New York (2009)
- District of Columbia (2011)
- United States District Court for the Southern District of New York (2012)
- United States District Court for the Eastern District of New York (2012)

### Adam M. Apton, *Associate*

Adam M. Apton focuses his practice on investor protection. He represents institutional investors and high net worth individuals in securities fraud, corporate governance, and shareholder rights litigation. Prior to joining the firm, Mr. Apton defended corporate clients against complex mass tort, commercial, and products liability lawsuits. Thomson Reuters selected Mr. Apton to the Super Lawyers 2016 Washington DC "Rising Stars" list, a distinction given to only the top 2.5% of lawyers.

Mr. Apton currently serves as court-appointed lead counsel in several class action lawsuits throughout the United States:

- *Carlton v. Cannon (KiOR Inc.),* 4:13-cv-02443 (LHR) (S.D. Tex.), federal class action securities fraud lawsuit against former officers of biofuel firm KiOR, Inc., featured on CBS's "60 Minutes"
- *In re Energy Recovery Inc. Sec. Litig.,* 3:15-cv-00265 (N.D. Cal.), federal class action lawsuit alleging securities fraud violations against company and former chief executive officer for false projections and reports of finances and operations
- *Cortina v. Anavex Life Sciences Corp.,* 1:15-cv-10162-JMF (S.D.N.Y.), federal class action lawsuit for market manipulation against biopharmaceutical company for promoting itself as extraordinary investment opportunity based on supposed cure for Alzheimer's Disease
- *Rux v. Meyer (Sirius XM Holdings Inc.),* No. 11577 (Del. Ch.), shareholder rights lawsuit against SiriusXM's Board of Directors for engaging in harmful related-party transactions with controlling stockholder, John. C. Malone and Liberty Media Corp.
- *Stadnick v. Vivint Solar, Inc.,* No. 16-65 (2d Cir.), federal class action lawsuit alleging violations under the Securities Act of 1933 in connection with misleading initial public offering documents

Mr. Apton's past representations and successes include:

- *In re Violin Memory Inc. Sec. Litig.,* 4: 13-cv-05486-YGR (N.D. Cal.) (settlement of $7.5 million over allegations of false statements in initial public offering documents concerning sales to government sector)

LEVI**&**KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

- ***Roby v. Ocean Power Technologies, Inc.***, 3:14-cv-3799-FLW-LHG (D.N.J.) (settlement fund of $3 million and 380,000 shares of common stock in response to allegations over failed technology)
- ***Maritime Asset Management, LLC v. NeurogesX, Inc.***, 4: 12-cv-05034-YGR (N.D. Cal.) (recovery of $1.25 million on behalf of private offering class)
- ***Monson v. Friedman (Associated Estates Realty Corp.)***, 1:14-cv-01477-PAG (N.D. Ohio) (revoking improperly awarded stock options and implementing corporate governance preventing reoccurrence of similar violations)
- ***In re OCZ Technology Group, Inc. Sec. Litig.***, 3:12-cv-05265-RS (N.D. Cal.) (settlement fund of $7.5 million over allegations of accounting fraud relating to improper revenue recognition)

Education

- New York Law School, J.D. *cum laude* (2009), where he served as Articles Editor of the *New York Law School Law Review* and interned for the New York State Supreme Court, Commercial Division
- University of Minnesota, B.A. *with distinction* (2006) Entrepreneurial Management & Psychology

Admissions

- New York (2010)
- United States District Court for the Southern District of New York (2010)
- United States District Court for the Eastern District of New York (2010)
- District of Columbia (2013)
- United States Court of Appeals for the Ninth Circuit (2015)
- United States Court of Appeals for the Second Circuit (2016)
- United States Court of Appeals for the Third Circuit (2016)

## Justin G. Sherman, *Associate*

Justin G. Sherman is a member of the New York City Bar Association and the New York County Lawyers Association.

Education

- New York Law School, J.D. (2011) *cum laude*, where he was a Notes & Comments Editor on the New York Law School Law Review
- Hamilton College, B.A. (2008), World Politics Major, Spanish Minor

Admissions

- New Jersey (2011)
- New York (2012)
- United States District Court for the District of New Jersey (2012)

## LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

**William J. Fields**, *Associate*

William J. Fields is a member of the New York City Bar Association and serves on the New York City Affairs Committee. Before joining the Firm, Mr. Fields was a Law Clerk in the Second Circuit Court of Appeals – Staff Attorney's Office.

Education

- Cornell Law School, J.D. (2011)
- University of Connecticut, B.A. (2008) *cum laude*

Admissions

- New York (2012)
- United States District Court for the Eastern District of Michigan (2016)

**Sebastian Tornatore**, *Associate*

Prior to joining the Firm, Sebastian Tornatore worked for the Connecticut Judicial System, where he gained significant experience working for various state judges.

Education

- The University of Connecticut School of Law, J.D. (2012), where he served as Executive Editor of the Connecticut Law Review and was a member of the Connecticut Moot Court Board
- Boston College, B.A. (2008) Political Science

Admissions

- Massachusetts (2012)
- Connecticut (2012)
- New York (2014)
- United States District Court for the District of Connecticut (2014)
- United States District Court for the Southern District of New York (2016)
- United States District Court for the District of Massachusetts (2016)

*"[The court] appreciated very much the quality of the argument, the obvious preparation that went into it, and the ability of counsel..."*

- Vice Chancellor Sam Glasscock, III, *Dias v. Purches*, C.A. No. 7199-VCG (Del. Ch. 2012)

**Stephanie A. Bartone**, *Associate*

Stephanie A. Bartone practices in all areas of the firm, with a focus on consumer class action litigation.  Prior to joining the firm, Ms. Bartone worked for the Connecticut Judicial System where she assisted State court judges in civil and family matters. Ms. Bartone also previously worked for a firm specializing in civil litigation

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

and criminal defense at the state and federal level.

Education

- The University of Connecticut School of Law, J.D. (2012), where she served as Symposium Editor of the Connecticut Law Review
- University of New Hampshire, B.A. (2008) *summa cum laude*, Psychology and Justice Studies

Admissions

- Connecticut (2012)
- Massachusetts (2012)
- United States District Court for the District of Colorado (2013)
- United States District Court for the District of Connecticut (2015)
- United States District Court for the District of Massachusetts (2016)

### Christopher J. Kupka, *Associate*

Christopher J. Kupka represents victims of wrongdoing in employment, consumer, and securities class actions and stockholder derivative suits. In law school, Mr. Kupka was awarded the M.H. Goldstein Memorial Prize for excellence in labor law. Mr. Kupka was also the recipient of an Edward V. Sparer Public Interest Fellowship.

Education

- University of Pennsylvania Law School, J.D. (2010), where he served as an editor of the Journal of International Law, was an Edward V. Sparrow Public Interest Fellow, and was awarded the M.H. Goldstein Memorial Prize in labor law
- Cornell University, A.B. (2007)

Admissions

- New York (2011)
- United States District Courts for the Southern District of New York (2012)
- United States District Courts for the Eastern District of New York (2012)
- Illinois (2013)
- United States District Courts for the Northern District of Illinois (2014)

Publications

- "Remediation of Unfair Labor Practices and the EFCA: Justifications, Criticisms, and Alternatives," 38 Rutgers L. Rec. 197 (May 2011)

### Alexander Krot, *Associate*

Education

- The George Washington University, BBA (2003) concentrations in Finance and International Business

## LEVI&KORSINSKY LLP
NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

- American University Washington College of Law, J.D. (2010)
- Georgetown University Law Center, LL.M. (2011) Securities and Financial Regulation with Distinction
- American University, Kogod School of Business, M.B.A. (2012)

Admissions

- Maryland (2011)
- District of Columbia (2014)
- United States District Court for the District of Colorado (2015)

### Katherine DeStefano, *Associate*

Katherine DeStefano practices in the Washington, D.C. office. Prior to joining the Firm, Ms. DeStefano was a law clerk in the District Court of Maryland for Montgomery County, assisting all eleven judges.

Education

- Georgetown University, B.S. Marketing & Management, concentration in Leadership & Change (2010)
- Fordham University School of Law, J.D. (2013), where she served as an Associate Editor of the Fordham Intellectual Property, Media & Entertainment Law Journal, and as Executive Vice President of the Fordham Sports Law Forum

Admissions

- New York (2014)
- District of Columbia (2014)

### Courtney E. Maccarone, *Associate*

Prior to joining the firm, Courtney E. Maccarone was an associate at a boutique firm in New York specializing in class action litigation. Ms. Maccarone gained experience in law school as an intern to the Honorable Martin Glenn of the Southern District of New York Bankruptcy Court and as a law clerk at a New York City-based class action firm.

Ms. Maccarone was selected as a New York Super Lawyers "Rising Star" in 2014, 2015 and 2016.

Education

- New York University, B.A. (2008) *magna cum laude*
- Brooklyn Law School, J.D. (2011) *magna cum laude*, where she served as the Executive Symposium Editor of the Brooklyn Journal of International Law and was a member of the Moot Court Honor Society

Admissions

- New Jersey (2011)
- New York (2012)

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

- United States District Court for the District of New Jersey (2012)
- United States District Court for the Eastern District of New York (2012)
- United States District Court for the Southern District of New York (2012)

Publications

- "Crossing Borders: A TRIPS-Like Treaty on Quarantines and Human Rights," published in the Spring 2011 edition of the Brooklyn Journal of International Law

### Michael B. Ershowsky, *Associate*

Michael B. Ershowsky is an Associate with the Firm practicing in the New York office. Mr. Ershowsky's practice focuses on the prosecution of shareholder, employment, and consumer class actions. During law school, Mr. Ershowsky was a judicial extern in the chambers of the Honorable Leon Ruchelsman of the New York Supreme Court, Kings County. Mr. Ershowsky also interned with the United States Postal Service law department, where he assisted attorneys defending the Postal Service in labor and employment actions.

Education

- Brooklyn Law School, J.D. (2013), where he earned a Certificate in Business Law with Distinction
- University of Miami, B.A. (2006) History

Admissions

- New York (2014)
- United States District Court for the Eastern District of New York (2016)
- United States District Court for the Southern District of New York (2016)

*"a model for how [the] great legal profession should conduct itself."*

*- Justice Timothy S. Driscoll, Grossman v. State Bancorp, Inc.,*
*Index No. 600469/2011 (Nassau County, New York Supreme Court 2011)*

### Brian Stewart, *Associate*

Brian Stewart is an Associate with the Firm practicing in the Washington, D.C. office. Prior to joining the firm, Mr. Stewart was an associate at a small litigation firm in Washington D.C. and a regulatory analyst at the Financial Industry Regulatory Authority (FINRA). During law school, he interned for the Enforcement Divisions of the SEC and CFPB.

Education

- American University Washington College of Law, J.D. (2012)
- University of Washington, B.S. Economics, Minor in Mathematics (2008)

Admissions

- Maryland (2012)
- District of Columbia (2014)


## Andrea Clisura, *Associate*

Andrea Clisura focuses her practice on prosecuting consumer class actions. Prior to joining Levi & Korsinsky, LLP, she was an associate at a boutique law firm in New York specializing in class action litigation. While attending Brooklyn Law School, Ms. Clisura served as an Associate Managing Editor of the Journal of Law and Policy and was a member of the Moot Court Honor Society, Appellate Advocacy Division. Her note, "None of Their Business: The Need for Another Alternative to New York's Bail Bond Business," was published in Brooklyn Law School's Journal of Law and Policy.

Ms. Clisura also gained experience in law school as an intern to the Honorable David G. Trager of the U.S. District Court for the Eastern District of New York and as a summer law intern with the U.S. Department of Justice, Antitrust Division, and a New York Legal Services office engaged in foreclosure defense.

Education

- Brooklyn Law School, J.D., *magna cum laude* (2011)
- New York University, B.A., *magna cum laude* (2005)

Admissions

- New Jersey (2011)
- New York (2012)
- United States District Court for the District of New Jersey (2012)
- United States District Court for the Eastern District of New York (2012)
- United States District Court for the Southern District of New York (2012)


## Adam C. McCall, *Associate*

Adam C. McCall is an Associate with the Firm. Prior to joining Levi & Korsinsky, Mr. McCall was a Summer Analyst at Moelis & Company and an intern at Fortress Investment Group. While attending the Georgetown University Law Center, he was an extern at the Securities and Exchange Commission's Division of Corporate Finance.

Education

- Georgetown University Law Center, LL.M. Securities and Financial Regulation (2015)
- California Western School of Law, J.D. *cum laude* (2013)
- Santa Clara University, Certificate of Advanced Accounting Proficiency (2010)
- University of Southern California, B.A. Economics (2008)

Admissions

- California (2014)
- United States District Court for the Central District of California (2015)
- United States District Court for the Eastern District of California (2015)

## LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

- United States District Court for the Northern District of California (2015)
- United States District Court for the Southern District of California (2015)
- United States Court of Appeals for the Ninth Circuit (2016)
- Admission to DC Bar pending

### Christa Menge, *Associate*

Christa Menge attended the University of Connecticut School of Law and worked as an intern in the Juvenile Court System, as well as a Child Advocate. Before joining the Firm, Christa worked in the Judicial System directly with numerous State Judges. Christa then represented victims of Domestic Violence as an Attorney Advocate.

Education

- Sacred Heart University, M.A., Honors, Silver Medal of Excellence (2012) Criminal Justice
- The University of Connecticut School of Law, J.D. (2011); Pro Bono Service Honoree (100+ hours of Pro Bono work); CALI Excellence for the Future Award for Criminal Appellate Division & Criminal Appellate Advocacy
- Marist College, B.A., *magna cum laude* (2008) Political Science, Honors Program

Admissions

- Connecticut (2011)
- Massachusetts (2012)
- New York (2013)

### Meghan Daley, *Associate*

Meghan Daley is an Associate with the Firm in the Connecticut office. While attending law school at the University of Connecticut, she gained experience as an intern at the Connecticut Attorney General's Office in the Department of Antitrust and Trade Regulation, and as an intern to the Honorable Michael R. Sheldon of the Connecticut Appellate Court. Ms. Daley also served as the Executive Symposium Editor of the Connecticut Public Interest Law Journal.

Education

- University of Connecticut School of Law, J.D., *cum laude*, (2015)
- University of Connecticut, B.A. (2012) English

Admissions

- Connecticut (2015)

### Jonathan Lindenfeld, *Associate*

Jonathan Lindenfeld is an Associate with the Firm in the New York office. While attending law school, Mr. Lindenfeld gained experience as an intern at the U.S. Attorney's Office in the Eastern District of New York

LEVI&KORSINSKY LLP

NEW YORK I WASHINGTON, D.C. I NEW JERSEY I CONNECTICUT I CALIFORNIA

and a boutique derivatives and forex firm. Mr. Lindenfeld also served as the Alumni Relations Editor of the Hofstra Journal of International Business and Law.

Education

- Hofstra University School of Law, J.D., *cum laude*, (2015)
- City University of New York-Queens College, B.A. (2012) Economics

Admissions

- New Jersey (2015)
- New York (2016)
- United States District Court for the Southern District of New York (2016)

Publications

- The CFTC's Substituted Compliance Approach: An Attempt To Bring About Global Harmony and Stability in the Derivatives Market, 14 J. INT'L BUS. & L. 125 (2015)

**Samir Shukurov**, *Staff Attorney*

Prior to joining the Firm, Mr. Shukurov worked for a corporate and securities law firm where he represented clients in exempted securities offerings and 1934 Securities Exchange Act reporting matters. Mr. Shukurov also worked as the General Counsel for Ernst & Young's Azerbaijan office.

Education

- Boston University School of Law, LL.M. *Outstanding Achievement Award* (2015)
- Baku State University, LL.M. in Civil Law *with honors* (2012)
- Baku State University, LL.B. (2009)

Admissions

- Massachusetts (2015)
- New York (2016)
- United States District Court for the Southern District of New York (2016)